

EXHIBIT 2

| | | | | | |
|---|---|---|---|---|---|
| Court: | Circuit | County: | 19 - Jefferson | Case Number: | CC-19-2018-C-68 |
| Judge: | Bridget Cohee | Created Date: | 4/20/2018 | Status: | Open |
| Case Type: | Civil | Case Sub-Type: | Other | Security Level: | Public |
| Style: | Julie Hamstead v. West Virginia State Police | | | | |

| Document Id | Document Type | Document Origin | Description | Filing Date | Pages |
|---|---|---|---|---|---|
| 1-1 | Case Information Sheet | E-file | | 4/20/2018 | 2 |
| 1-2 | Complaint | E-file | Complaint | 4/20/2018 | 22 |
| 1-3 | Transmittal | E-file | | 4/20/2018 | 17 |
| 1-4 | Summons | E-file | | 4/20/2018 | 32 |
| 41-1 | Receipt | Scanning - Vault SOHO | OLD SYSTEM RECEIPT 128172 | 4/23/2018 | 1 |
| 42-1 | Supporting Document | E-file | Certificates of Service for Discovery Requests to Defendants | 4/24/2018 | 30 |
| 42-2 | Transmittal | E-file | | 4/24/2018 | 19 |
| 43-1 | Service Return | E-file | Ranson Service Return | 4/24/2018 | 1 |
| 43-2 | Transmittal | E-file | | 4/24/2018 | 18 |
| 44-1 | Service Return | E-file | Sigulinsky Service Return | 4/24/2018 | 1 |
| 44-2 | Transmittal | E-file | | 4/24/2018 | 18 |
| 45-1 | Service Return | E-file | Jefferson Contracting Service Return | 4/24/2018 | 1 |
| 45-2 | Transmittal | E-file | | 4/24/2018 | 18 |
| 46-1 | Service Return | E-file | Jefferson Asphalt Service Return | 4/24/2018 | 1 |
| 46-2 | Transmittal | E-file | | 4/24/2018 | 18 |
| 47-1 | Service Return | E-file | Shutts Service Return | 4/24/2018 | 1 |
| 47-2 | Transmittal | E-file | | 4/24/2018 | 18 |
| 48-1 | Notice of Appearance | E-file | on behalf of Defendants, Jefferson Contracting, Inc. and Jefferson Asphalt Products Co., Inc. | 4/26/2018 | 3 |
| 48-2 | Transmittal | E-file | | 4/26/2018 | 18 |
| 51-1 | Letter | E-file | requesting docket (FAX DOCKET SHEET TO ATTORNEY 04/26/18) | 4/26/2018 | 1 |
| 51-2 | Transmittal | E-file | | 4/26/2018 | 18 |
| 52-1 | Supporting Document | E-file | Stipulation | 4/26/2018 | 2 |
| 52-2 | Transmittal | E-file | | 4/26/2018 | 18 |
| 53-1 | Notice of Appearance | E-file | on behalf of Defendants, Dale DeGrave, Allen Shutts and John Timothy Morris | 4/30/2018 | 3 |
| 53-2 | Transmittal | E-file | | 4/30/2018 | 15 |
| 57-1 | Other | E-file | Stipulation | 4/30/2018 | 2 |
| 57-2 | Transmittal | E-file | | 4/30/2018 | 15 |
| 58-1 | Service Return | E-file | RETURN SUMMONS FOR WV STATE POLICE 'SERVED 04/26/18' | 4/30/2018 | 1 |
| 58-2 | Transmittal | E-file | | 4/30/2018 | 2 |
| 59-1 | Other | Scanning - Vault SOHO | FAX REQUEST FOR COPY OF FILE (MAILED COPY OF FILE TO ATTORNEY 04/30/18) | 4/30/2018 | 1 |
| 60-1 | Service Return | E-file | Trooper Walker Service Return | 5/1/2018 | 1 |
| 60-2 | Transmittal | E-file | | 5/1/2018 | 14 |
| 61-1 | Service Return | E-file | City of Charles Town Service Return | 5/1/2018 | 1 |
| 61-2 | Transmittal | E-file | | 5/1/2018 | 14 |
| 62-1 | Service Return | E-file | Newlin Service Return | 5/1/2018 | 1 |
| 62-2 | Transmittal | E-file | | 5/1/2018 | 14 |
| 63-1 | Service Return | E-file | Koppenhaver Service Return | 5/1/2018 | 1 |
| 63-2 | Transmittal | E-file | | 5/1/2018 | 14 |
| 64-1 | Service Return | E-file | Dale DeGrave Service Return | 5/1/2018 | 1 |
| 64-2 | Transmittal | E-file | | 5/1/2018 | 15 |
| 65-1 | Service Return | E-file | John Morris Service Return | 5/1/2018 | 1 |
| 65-2 | Transmittal | E-file | | 5/1/2018 | 15 |
| 66-1 | Service Return | E-file | Jefferson Medical Center Service Return | 5/1/2018 | 1 |

| Document Id | Document Type | Document Origin | Description | Filing Date | Pages |
|---|---|---|---|---|---|
| 66-2 | Transmittal | E-file | | 5/1/2018 | 14 |
| 67-1 | Service Return | E-file | Kelly Halbert Service Return | 5/1/2018 | 1 |
| 67-2 | Transmittal | E-file | | 5/1/2018 | 14 |
| 68-1 | Other | Scanning - Vault SOHO | FAX REQUEST FOR DOCKET SHEET (FAXED DOCKET SHEET TO ATTORNEY 05/02/18), FAX CONFIRMATION PAGE | 5/2/2018 | 2 |
| 69-1 | Service Return | E-file | Hedrick Service Return | 5/4/2018 | 1 |
| 69-2 | Transmittal | E-file | | 5/4/2018 | 14 |
| 70-1 | Other | Scanning - Vault SOHO | FAX REQUEST FOR COPY OF COMPLAINT (EMAILED COMPLAINT TO M. COLLINS 05/070/18) | 5/7/2018 | 1 |
| 71-1 | Motion | E-file | Defendant West Virginia University Hospitals-East, Inc., dba Jefferson Medical Center's Notice of Bona Fide Defense | 5/8/2018 | 3 |
| 71-2 | Transmittal | E-file | | 5/8/2018 | 15 |
| 73-1 | Motion | E-file | Motion For Admission Pro Hac Vice of Jennifer O. Mitchell | 5/8/2018 | 3 |
| 73-2 | Supporting Document | E-file | Verified Statement of Application of Jennifer O. Mitchell For Pro Hac Vice Admission | 5/8/2018 | 7 |
| 73-3 | Supporting Document | E-file | Statement of Local Attorney | 5/8/2018 | 2 |
| 73-4 | Transmittal | E-file | | 5/8/2018 | 15 |
| 74-1 | Letter | E-file | Letter from A. Greenberg to clerk requesting copy of docket sheet (FAXED DOCKET SHEET TO ATTORNEY 05/09/18) | 5/9/2018 | 1 |
| 74-2 | Transmittal | E-file | | 5/9/2018 | 15 |
| 75-1 | Order | E-file | Order Authorizing Admission Pro Hac Vice of Jennifer Mitchel (MAILED COPY OF ORDER TO J. MITCHELL 05/10/18) | 5/9/2018 | 2 |
| 75-2 | Transmittal | E-file | | 5/9/2018 | 15 |
| 76-1 | Letter | E-file | Letter to Clerk (emailed document to attorney 05/10/18) | 5/10/2018 | 1 |
| 76-2 | Transmittal | E-file | | 5/10/2018 | 15 |
| 77-1 | Notice of Appearance | E-file | Notice of Appearance and Bona Fide Defense for Defendants' the City of Charles Town and Jason Newlin | 5/10/2018 | 6 |
| 77-2 | Transmittal | E-file | | 5/10/2018 | 14 |
| 80-1 | Notice of Appearance | E-file | Notice of Appearance | 5/10/2018 | 4 |
| 80-2 | Transmittal | E-file | | 5/10/2018 | 13 |
| 83-1 | Supporting Document | E-file | Notice of Bona Fide Defense | 5/10/2018 | 4 |
| 83-2 | Transmittal | E-file | | 5/10/2018 | 13 |
| 84-1 | Service Return | E-file | RETURN SUMMONS FOR DEPARTMENT OF TRANSPORTATION 'SERVED TO GINNEY DRAVENSTAFF 05/10/18' | 5/16/2018 | 1 |
| 84-2 | Transmittal | E-file | | 5/16/2018 | 5 |
| 86-1 | Notice of Appearance | E-file | Notice of Appearance of Katherine M. Moore | 5/16/2018 | 5 |
| 86-2 | Transmittal | E-file | | 5/16/2018 | 13 |
| 89-1 | Notice of Appearance | E-file | Notice of Appearance for Mark G. Jeffries | 5/16/2018 | 5 |
| 89-2 | Transmittal | E-file | | 5/16/2018 | 14 |
| 92-1 | Letter | E-file | Letter Requesting Docket Sheet (FAXED DOCKET SHEET TO ATTORNEY 05/16/18) | 5/16/2018 | 1 |
| 92-2 | Transmittal | E-file | | 5/16/2018 | 14 |
| 93-1 | Notice of Appearance | E-file | Notice of Appearance | 5/16/2018 | 5 |
| 93-2 | Transmittal | E-file | | 5/16/2018 | 15 |
| 96-1 | Other | E-file | Notice of Bona Fide Defense | 5/16/2018 | 4 |
| 96-2 | Transmittal | E-file | | 5/16/2018 | 15 |
| 97-1 | Other | E-file | Rodney D. Hedrick, Sr.'s Notice of Bona Fide Defense | 5/17/2018 | 4 |
| 97-2 | Transmittal | E-file | | 5/17/2018 | 15 |

| Document Id | Document Type | Document Origin | Description | Filing Date | Pages |
|---|---|---|---|---|---|
| 99-1 | Letter | E-file | Letter to Clerk re Service Return & Docket | 5/17/2018 | 1 |
| 99-2 | Transmittal | E-file | | 5/17/2018 | 15 |
| 100-1 | Supporting Document | E-file | Stipulation | 5/17/2018 | 4 |
| 100-2 | Transmittal | E-file | | 5/17/2018 | 15 |