IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JULIE A. HAMSTEAD,

    Plaintiff,

v.          CIVIL ACTION NO.: 3:18-CV-79
               (GROH)

WEST VIRGINIA STATE POLICE, et al.,

    Defendants.

## ORDER GRANTING PRO HAC VICE ADMISSION

Upon consideration of the Application for Admission *Pro Hac Vice* of Jennifer O. Mitchell [ECF No. 2], the Court **ORDERS** that the Application be, and the same is hereby, **APPROVED**. The Applicant may appear *pro hac vice* in this matter on behalf of the represented party.

The Clerk of Court is **DIRECTED** to transmit copies of this Order to all counsel of record herein.

**DATED:** May 24, 2018

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE