# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# (MARTINSBURG)

JULIE ANN HAMSTEAD,

    Plaintiff,

v.

CIVIL ACTION NO.: 3:18-CV-79
(GROH)

WEST VIRGINIA STATE POLICE, et al.,

    Defendants.

## MOTION TO DISMISS FILED BY JEFFERSON CONTRACTING, INC., JEFFERSON ASPHALT PRODUCTS CO., JOHN TIMOTHY MORRIS, ALLEN SHUTTS, AND DALE DEGRAVE

AND NOW come Jefferson Contracting, Inc., Jefferson Asphalt Products Co., John Timothy Morris, Allen Shutts, and Dale DeGrave (collectively the "moving Defendants"), by and through counsel, Avrum Levicoff, Esquire, Edward Levicoff, Esquire and The Levicoff Law Firm. P.C., and pursuant to Federal Rule of Civil Procedure 12(b)(6), move this Court to dismiss all of Plaintiff's claims asserted against these moving Defendants. In support of the Motion, these moving Defendants demur to all of the claims asserted against them, as the thrust of the Complaint seeks recovery for wrongs allegedly perpetrated against the Plaintiff by governmental and law enforcement actors, and not by these private Defendants. In further support of this Motion, these moving Defendants join in and incorporate the arguments raised in the Motions to Dismiss previously filed by Defendants Master Patrolman Jason Newlin and City of Charles Town (ECF Doc. Nos. 13 and 14), Defendant Charles Town General Hospital (ECF Doc. Nos. 9 and 10), Defendants City of Ranson and Sergeant Keith Sigulinsky (ECF Doc. Nos. 4 and 5), and Defendants Rodney Hedrick and West Virginia Division of Highways (ECF Doc. Nos. 15 and 16),

as set forth more fully in the accompanying Memorandum of Law in support of this Motion which is incorporated herein at length and in full.

WHEREFORE, these moving Defendants respectfully request that this Honorable Court dismiss all Counts asserted against them in their entirety and with prejudice.

Respectfully submitted,

Date: June 7, 2018

By: /s/ Edward I. Levicoff
Avrum Levicoff, Esquire
W.Va. I.D. # 4549
Edward I. Levicoff, Esquire
W.Va. I.D. # 12486
THE LEVICOFF LAW FIRM, P.C.
4 PPG Place, Suite 200
Pittsburgh, PA 15222
(412) 434-5200
*Attorneys for Defendants,*
*Jefferson Contracting, Inc.,*
*Jefferson Asphalt Products Co., Dale*
*DeGrave, Allen Shutts and John Timothy*
*Morris*

{L0738484.1}

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
## (MARTINSBURG)

JULIE ANN HAMSTEAD,

    Plaintiff,

v.

CIVIL ACTION NO.: 3:18-CV-79 (GROH)

WEST VIRGINIA STATE POLICE, et al.,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, I electronically filed the foregoing **Motion to Dismiss Filed by Jefferson Contracting, Inc., Jefferson Asphalt Products, Co., John Timothy Morris, Allen Shutts, and Dave DeGrave** with the CM/ECF which will send notification of such filing to the following participants:

Braun A. Hamstead, Esquire
Hamstead & Associates, L.C.
507 S. Fairfax Blvd.
Charles Town, WV 25414

*Counsel for Plaintiff*

Duane J. Ruggier II, Esquire
Matthew R. Whitler, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
901 Quarrier Street, James Mark Building
Charleston, West Virginia 25301

*Counsel for The City of Charles Town and Officer Jason Newlin*

Keith C. Gamble, Esquire
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508

*Counsel for Sargeant Keith Sigulinsky And The City of Ranson*

Jennifer O. Mitchell, Esquire
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, OH 45202

*Counsel for West Virginia University Hospitals-East, Inc., d/b/a Jefferson Medical Center*

Alex M. Greenberg, Esquire
Jennifer O. Mitchell, Esquire
Dinsmore & Shohl LLP
215 Don Knotts Boulevard, Suite 310
Morgantown, WV 26501

Christine S. Vaglienti, Esquire
Assistant Vice President and Senior Litigation Counsel
West Virginia University Health System, Inc.
Legal Services

{L0735129.1}

*Counsel for West Virginia University Hospitals-East, Inc., d/b/a Jefferson Medical Center*

Monte L. Williams, Esquire
Steptoe & Johnson, PLLC
P.O. Box 1616
Morgantown, WV 26507-1616

**AND**

Katherine M. Moore, Esquire
Steptoe & Johnson, PLLC
1250 Edwin Miller Blvd., Suite 300
Martinsburg, WV 25404

*Counsel for West Virginia State Police and Trooper D.R. Walker*

Kelly Halbert
300 S. Preston Street
Ranson, WV 25438

Kyle Koppenhaver
153 Sunken Bridge Lane
Inwood, WV 25438

1238 Suncrest Towne Centre
Morgantown, WV 26505

*Counsel for West Virginia University Hospitals-East, Inc., d/b/a Jefferson Medical Center*

Joseph T. Cramer, Esquire
Shuman, McCuskey, & Slicer PLLC
116 South Stewart Street
Winchester, Virginia 22601
*Counsel for Rodney Hedrick and The West Virginia Division of Highways*

**AND**

Michael Dunham
Shuman McCuskey & Slicer, PLLC
116 South Stewart Street
Winchester, VA 22601

By: */s/ Edward I. Levicoff*
    Avrum Levicoff, Esquire
    W.Va. I.D. # 4549
    Edward I. Levicoff, Esquire
    W.Va. I.D. # 12486
    THE LEVICOFF LAW FIRM, P.C.
    4 PPG Place, Suite 200
    Pittsburgh, PA 15222
    (412) 434-5200
    *Attorneys for Defendants,*
    *Jefferson Contracting, Inc.,*
    *Jefferson Asphalt Products Co., Dale DeGrave, Allen Shutts and John Timothy Morris*

2