IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

JULIE ANN HAMSTEAD,

        Plaintiff,

v.                                            CIVIL ACTION NO.: 3-18-cv-79
                                              HONORABLE GINA GROH

WEST VIRGINIA STATE POLICE,
TROOPER D.R. WALKER, in his official capacity,
CITY OF RANSON, WEST VIRGINIA,
SERGEANT KEITH SIGULINSKY, in his official capacity,
CITY OF CHARLES TOWN, WEST VIRGINIA,
MASTER PATROLMAN JASON NEWLIN,
in his official capacity,
THE WEST VIRGINIA DIVISION OF HIGHWAYS,
RODNEY D. HEDRICK, SR., in his official capacity,
KYLE REED KOPPENHAVER, in his official capacity,
A.B., an unknown individual known as the West Virginia
DOH "Muscle Man" on the 2016 Ranson-Charles Town
Green Corridor Fairfax Boulevard Project,
JEFFERSON CONTRACTING INC., a corporation,
JEFFERSON ASPHALT PRODUCTS COMPANY, a corporation,
DALE DEGRAVE,
ALLEN SHUTTS,
JOHN TIMOTHY MORRIS,
WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC.,
dba Jefferson Medical Center,
KELLY HALBERT, RN, and
X, Y AND Z, unknown persons who conspired and/or aided and abetted
in the fabrication of false criminal charges against Julie Hamstead,

        Defendants.

## MOTION TO APPROVE STIPULATION TO
## VACATE DISCOVERY SCHEDULING ORDER

    Comes now Plaintiff, following consultation with all parties in this case, and on the grounds of judicial economy, and moves to have the Court approve the stipulation and agreement of the parties to Vacate the Discovery Scheduling Order in this case pending resolution of the six (6) Motions to Dismiss that have been filed herein and pending resolution of the Plaintiff's Motion to Vacate Judgment to Allow Post Judgment Motion for Leave to Amend that has been filed herein.

1

Plaintiff represents to the Court that all parties to this proceeding are in agreement with this Motion.

                                                Respectfully submitted,

                                                Julie Ann Hamstead,
                                                Plaintiff, by Counsel.

*/s/ Braun A. Hamstead*
_____
Braun A. Hamstead (WV Bar No. 1568)
HAMSTEAD & ASSOCIATES, L.C.
507 S. Fairfax Blvd.
Charles Town, WV 25414
Phone: 304-725-1468
Fax:    304-725-1321
bhamstead@hamsteadandassociates.com
*Counsel for Plaintiff Julie A. Hamstead*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

JULIE ANN HAMSTEAD,

        Plaintiff,

v.                                                          CIVIL ACTION NO.: 3-18-cv-79
                                                          HONORABLE GINA GROH

WEST VIRGINIA STATE POLICE,
TROOPER D.R. WALKER, in his official capacity,
CITY OF RANSON, WEST VIRGINIA,
SARGEANT KEITH SIGULINSKY, in his official capacity,
CITY OF CHARLES TOWN, WEST VIRGINIA,
MASTER PATROLMAN JASON NEWLIN,
in his official capacity,
THE WEST VIRGINIA DIVISION OF HIGHWAYS,
RODNEY D. HEDRICK, SR., in his official capacity,
KYLE REED KOPPENHAVER, in his official capacity,
A.B., an unknown individual known as the West Virginia
DOH "Muscle Man" on the 2016 Ranson-Charles Town
Green Corridor Fairfax Boulevard Project,
JEFFERSON CONTRACTING INC., a corporation,
JEFFERSON ASPHALT PRODUCTS COMPANY, a corporation,
DALE DEGRAVE,
ALLEN SHUTTS,
JOHN TIMOTHY MORRIS,
WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC.,
dba Jefferson Medical Center,
KELLY HARBERT, RN, and
X, Y AND Z, unknown persons who conspired and/or aided and abetted
in the fabrication of false criminal charges against Julie Hamstead,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on the _14th_ day of November 2018, I presented the foregoing

**Motion to Vacate Discovery Scheduling Order** to the Clerk of the Court for filing and

uploading to the CM/ECF system and the Clerk will notify counsel as follows:

**Counsel for West Virginia State Police and Trooper Walker:**

Mark G. Jeffries
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Telephone 304-933-8000
Fax 304-933-8183
mark.jeffries@steptoe-johnson.com

Monte L. Williams
Steptoe & Johnson PLLC
1085 Van Voorhis Rd, Suite 400
Morgantown, WV 26505
Telephone 304-598-8142
Fax 304-598-8116
monte.williams@steptoe-johnson.com

**Counsel for the City of Ranson and Sgt. Keith Sigulinsky:**

Keith C. Gamble
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
2414 Cranberry Square
Morgantown, WV 26508
Telephone 304-225-2200
Fax 304-225-2214
kgamble@pffwv.com

**Counsel for the City of Charles Town and Patrolman Jason Newlin:**

Duane J. Ruggier, II
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
JamesMark Building
901 Quarrier St.
Charleston, WV 25301
Telephone 304-344-0100
Fax 304-342-1545
druggier@pffwv.com

Matthew R. Whitler
Pullin, Fowler, Flanagan, Brown & Poe, PLLC
261 Aikens Center, Suite 301
Martinsburg, WV 25404
Telephone 304-260-1200
Fax 304-260-1208
mwhitler@pffwv.com

**Counsel for West Virginia Division of Highways and Rodney D. Hedrick:**

Joseph T. Cramer
Shuman, McCuskey & Slicer, PLLC
1411 Virginia St., E, Suite 200
PO Box 3953
Charleston, WV 25339-3953
Telephone 304-345-1400
Fax 304-343-1826
jcramer@shumanlaw.com

Michael D. Dunham, Esq.
Shuman, McCuskey & Slicer, PLLC
116 S Stewart St., First Floor
Winchester, VA 22601
Telephone 540-486-4195
Fax
mdunham@shumanlaw.com

**Counsel for Jefferson Contracting, Jefferson Asphalt, Dale DeGrave, Allen Shutts, and John Morris:**

Avrum Levicoff
Edward Levicoff
The Levicoff Law Firm, PC
4 PPG Place, Suite 200
Pittsburgh, PA 15222
Telephone 412-434-5200
Fax 412-434-5203
elevicoff@levicofflaw.com


**Counsel for The Charles Town General Hospital dba Jefferson Medical Center and Kelly Halbert:**

Alex M. Greenberg
Dinsmore & Shohl LLP
215 Don Knotts Blvd., Suite 310
Morgantown, WV 26501
Telephone 304-225-1419
Fax 304-296-6116
alex.greenberg@dinsmore.com

Jennifer O. Mitchell
Dinsmore & Shohl LLP
255 E. Fifth St., Suite 1900
Cincinnati, OH 45202
Telephone 513-977-8364
Fax 513-997-8141
jennifer.mitchell@dismore.com

Christine S. Vaglienti
Asst VP & Sr. Litigation Counsel
WV University Health System, Inc.
Legal Services
1238 Suncrest Towne Centre
Morgantown, WV 26505
Telephone 304-598-4199
Fax 304-598-9888
vaglientic@wvumedicine.org

_____
**Braun A. Hamstead, Esquire**
**West Virginia State Bar ID No. 1568**