# EXHIBIT 2

IN THE MAGISTRATE COURT OF __JEFFERSON__ COUNTY, WEST VIRGINIA

State of West Virginia

Case No. __16-M19M-01110__

__JULIE HAMSTEAD__
Defendant

## NOTICE OF APPEAL

The Defendant, as a matter of right, appeals the misdemeanor conviction in the listed case to the circuit court.

__11/21/2017__
Date

Signature

__BRAUN HAMSTEAD__
Counsel (If applicable)

## CRIMINAL BAIL AGREEMENT: CRIMINAL APPEAL BOND

A. AMOUNT OF BAIL. The defendant has been convicted of the misdemeanor offense(s) of __Obstruction and disorderly conduct__ and has filed a notice of appeal with this court. Therefore, this court hereby sets the appeal appearance bond in the amount of $__1,500.00__ in the form of (initial one) _____ cash or __✓__ recognizance or _____ 10% cash and personal recognizance or _____ 10% cash and surety. If real property is used as security, a justification of surety (initial one) _____ is or _____ is not required.

B. TERMS AND CONDITIONS FOR RELEASE ON BAIL. If admitted to bail, the undersigned defendant understands and agrees:

1. To be present personally in the circuit court at _____ m. on the _____ day of _____, or as further notified by the circuit court;

2. To be present personally at any other proceeding(s) concerning the above charge(s) and to obey any notice, process or order issued by the circuit court until that court has disposed of all matters with respect to which the bail granted herein may apply;

3. To appear to begin serving jail or prison time as ordered by the circuit court if that court renders a judgment of guilt on the offense(s) charged and imposes a penalty of incarceration;

4. To inform the circuit court immediately of any change of name, address, or telephone number;

5. To not leave the State of West Virginia without written approval by the circuit court of this county; *Resides in Ohio – address on file.*

6. To not violate any state or federal laws;

7. To have no direct or indirect contact with the victim in this matter;

8. To comply with the following additional condition(s) of this bail: _____

**EXHIBIT 2**

W.Va. Code §§ 50-5-13 and 62-1C-1 et seq. Cir. Ct. Crim. Rule 46; TCR 31.01
SCA-M109-1 / 2-05
Docket Code(s): MMACC / MMCAB          Page 1 of 3

Copy Distribution: ☐ File  ☐ Other Depositor or Surety  ☐ Defendant

Criminal Appeal Appearance Bond                                        CASE NO. _16-M19M-01110_

The undersigned defendant also understands and agrees that, if he or she is admitted to bail and does not fulfill the terms and condition(s) above, the full bail amount is subject to forfeiture and may be increased; that other penalties for violation of such terms and condition(s) may be imposed; and that, if the defendant fulfills the terms above, the surety will be exonerated and the cash deposit returned if appropriate, or the recognizance satisfied.

_____          _11/21/2017_
Defendant Signature                                              Date

_____          _____
Magistrate Signature                                             Date

C. TYPE OF BAIL. *(Magistrate is to initial and complete only one of the following.)*

__✓__ 1. CONTINUATION. The bail bond ordered by this court on the __25th__ day of __April, 2016,__ is hereby continued. A certified copy of the order is attached hereto and incorporated by reference.

_____ 2. CASH. The defendant or, on the defendant's behalf, _____ has
                                                        (Name of other depositor(s) if any)
(have) deposited cash with this court in the amount of $ _____, subject to the terms and conditions set out above.

_____ 3. PERSONAL RECOGNIZANCE. The undersigned defendant on his or her own recognizance does undertake to forfeit a sum of money equal to the required amount of bond if he or she fails to comply with the specific terms and conditions set out above.

_____ 4. RECOGNIZANCE. The undersigned _____
                                      (Adult owner(s) of real property or surety company)
by recognizance bond on the defendant's behalf, does or do undertake to forfeit a sum of money equal to the required amount of bond if the defendant fails to comply with the specific terms and conditions set out above. A justification of surety *(initial one)*
_____ is or _____ is not required, and if so, is incorporated herein by reference.

_____ 5. CASH AND PERSONAL RECOGNIZANCE. The defendant or, on the defendant's behalf, _____
                                                                          (name of other depositor(s) if any)
_____ has (have) deposited cash with the court in the amount of $ _____, which represents 10 percent of the bail, and which will be forfeited if the defendant does not comply with the terms and conditions set out above. Additionally, the undersigned defendant on his or her own recognizance does undertake to forfeit a sum of money equal to 90 percent of the bail if he or she fails to comply with the specific terms and conditions set out above.

_____ 6. CASH AND SURETY. The defendant or, on the defendant's behalf, _____
                                                                    (name of other depositor(s) if any)
has (have) deposited cash with the court in the amount of $ _____, which represents 10 percent of the bail, and which will be forfeited if the defendant does not comply with the terms and conditions set out above. Additionally, the undersigned, _____, by surety in the form of _____
                          (name of surety(s))                            (describe surety, e.g., real property; stock; bonds)
on the defendant's behalf, does or do undertake to forfeit a sum of money equal to 90 percent of the bail if the defendant fails to comply with the specific terms and conditions set out above. A justification of surety *(initial one if real property is used as surety)*
_____ is or _____ is not required, and if so, is incorporated herein by reference.

W.Va. Code §§ 50-5-13 and 62-1C-1 et seq. Cir. Ct. Crim. Rule 46; TCR 31.01
SCA-M109-2 / 2-05
Docket Code(s): MMACC / MMCAB                    Page 2 of 3

Copy Distribution   ☐ File
                    ☐ Other Depositor or Surety
                    ☐ Defendant

Criminal Appeal Appearance Bond

CASE NO. 16-M19M-01110

**D. CONSENT TO APPLY DEPOSIT.** As the person(s) posting the bail, I (we) ✓ do or _____ do not consent to the application of all or part of the cash deposit to court costs, fees and fines if the disposing court renders a judgment of guilt against the defendant.

_____     11/21/2017
Defendant Signature (needed only if defendant personally posts bond)     Date

By signing below, I acknowledge that I have reviewed and agree to the same terms and conditions of bail for pretrial release agreed to by the defendant.

_____     _____
Other Depositor or Surety Signature(s), if any     Date

Other Depositor or Surety Name(s) and Address(es) *(type or print)*:     Other Depositor or Surety Social Security Number(s):

_____     _____

_____     Other Depositor or Surety Telephone Number(s):

_____     _____

**E. ADMISSION TO BAIL.** Accordingly, this court hereby approves bond for the defendant and ORDERS the defendant's continued freedom or release from custody.

Acknowledged before me and ORDERED this  22  day of  November 2017 .

_____
Magistrate Signature

W.Va. Code §§ 50-5-13 and 62-1C-1 et seq. Cir. Ct. Crim. Rule 46; TCR 31.01
SCA-M109-3 / 2-05
Docket Code(s): MMACC / MMCAB                Page 3 of 3

Copy Distribution  ☐ File
                   ☐ Other Depositor or Surety
                   ☐ Defendant