

## OFFICE of THE PROSECUTING ATTORNEY

**MATTHEW L. HARVEY**
*Prosecuting Attorney of*
*Jefferson County, West Virginia*

120 South George Street * P.O. Box 729 * Charles Town, West Virginia 25414 * Phone: (304) 728-3243
Criminal Fax: (304) 728-3293 * Civil Fax: (304) 728-3353 * paoffice@jeffersoncountywv.org * www.jcpawv.org

February 27, 2019

**VIA EMAIL ONLY TO:**
Braun Hamstead, Esq.
Hamstead & Associates, L.C.
507 S. Fairfax Boulevard
Charles Town, WV 25414

In re: Plea Agreement
State of West Virginia v. Julie Hamstead
Case No. CC-19-2017-M-AP-6
Formerly 16-M19M-01110

Dear Mr. Hamstead:

The State of West Virginia extends the following plea offer to the Defendant. This offer will expire on **FEBRUARY 27, 2019, AT 5:00 P.M.,** unless a written acceptance is received by Jefferson County Prosecuting Attorney's Office prior to the deadline. The terms of the binding plea offer are as follows:

1. The Defendant will plead *Nolo Contendre* to one (1) count of Disorderly Conduct, in violation of W. Va. Code §61-6-1b.
2. The Defendant will be assessed a minimum fine and court costs.
3. The State agrees to dismiss the remaining count of the above-mentioned case.
4. The parties agree that the plea will be entered within the next 30 days at a time which is convenient for the Court and the parties.
5. If no criminal charges are pending against the Defendant within 60 days following the entry of the plea, the State will not contest a petition for expungement of the Destruction of Property and Obstructing charges, should a petition be filed by the Defendant.
6. The parties agree to request from the Court that Defendant's Disclosure of Rule 404 Evidence, and any supplemental disclosures, be stricken from the court file, or placed under seal.
7. It is further understood and agreed to by defendant that from the date of the signing hereof, should the Defendant commit or be arrested for committing any felony or misdemeanor, up to _other than a minor traffic violation_ BAH



and including the date of sentencing, then this agreement may terminate, and deemed null and void, at the discretion of the State.

8. This plea agreement constitutes the entire agreement between the defendant and the State of West Virginia in this matter. There are no agreements, understandings or promises between the parties other than those contained in this agreement.

Matthew L. Harvey
Prosecuting Attorney
Jefferson County, WV

By: *Lyndsey W. Matschat*

Lyndsey W. Matschat
Assistant Prosecuting Attorney

I, Julie Hamstead, hereby agree to the terms of this plea agreement as set forth above.

2/27/2019
Date

*[Signature]*
Defendant

2/27/19
Date

*[Signature]*
Braun Hamstead, Counsel for Defendant