/s/ Steven Redding
Circuit Court Judge
Ref. Code: 196X4KZU

E-FILED | 4/1/2019 11:34 AM
CC-19-2017-M-AP-6
Jefferson County Circuit Clerk
Laura Storm

In the Circuit Court of Jefferson County, West Virginia

State of West Virginia, )
Plaintiff, )
)
vs.) ) Case No. CC-19-2017-M-AP-6
)
JULIE ANN HAMSTEAD, )
Defendant )
)

### Conviction and Sentencing Order

THIS MATTER came before the Court on the 29th day of March, 2019, for a Change of Plea Hearing. The State of West Virginia appeared by Lyndsey W. Matschat and Adam J. Ward, Assistant Prosecuting Attorneys, and the Defendant appeared in person and by counsel, Braun Hamstead, Esq.

Whereupon the parties represented that a plea agreement was reached pursuant to Rule 11 of the West Virginia Rules of Criminal Procedure. The signed plea agreement letter was previously efiled.

The Court inquired of the Defendant and her counsel as to whether or not this was the complete plea agreement between the parties, to which inquiry the Defendant and her counsel answered in the affirmative.

Thereafter the Court engaged the Defendant in a dialogue regarding those matters set forth in *Call v. McKenzie* and Rule 11 of the West Virginia Rules of Criminal Procedure. The Defendant answered all questions under oath after consultation with her counsel. Assistant Prosecuting Attorney Matschat also set forth a factual foundation for the tendered plea of no contest.

Thereafter the Defendant, in open Court, did enter a plea of no contest to the



misdemeanor offense of Disorderly Conduct. The Defendant executed a written no contest plea form as to that offense, witnessed by the Deputy Clerk of this Court, and the same, being in proper form, is **ORDERED** filed herein. The second page of the no contest plea form containing the personal information of the Defendant is hereby **ORDERED** sealed upon motion of defense counsel without objection by the State.

In consideration of all of which the Court finds that the Defendant understands the nature of the charge lodged against her; the Court further finds that the Defendant understands the nature and consequences of the tendered plea of no contest; the Court further finds that there is a factual basis and foundation for the tendered plea of no contest; and the Court finds that the Defendant tendered her plea of no contest intelligently, knowingly and voluntarily and of her own free will and accord.

Accordingly, it is hereby **ORDERED** that the plea of **NO CONTEST** is accepted by the Court, and it is hereby **ORDERED** that the Defendant, Julie Hamstead, stands convicted, by virtue of her plea of no contest, of the misdemeanor offense of Disorderly Conduct, as charged in the criminal complaint initially filed in Magistrate Court and in violation of *W. Va. Code* § 61-6-1b.

The Court then, after hearing from counsel for the Defendant, **ORDERED** that the Defendant is fined in the amount of **ten dollars ($10.00)**. The Defendant is further **ORDERED** to pay court costs and the fine within six (6) months of the date of this Order.

Further, pursuant to the written plea agreement, Defendant's Disclosure of Rule 404 Evidence, and any supplemental disclosures, are **ORDERED** to be placed under seal with all attachments thereto.

Pursuant to the plea agreement, the Court **ORDERED** that the Obstructing

charge is hereby **DISMISSED**.

The Clerk shall enter this Order and send attested copies to all counsel of record.

*[signature]*

Circuit Court Judge
23rd Judicial Circuit

Note: The electronic signature on this order can be verified using the reference code that appears in the upper-left corner of the first page. Visit www.courtswv.gov/e-file/ for more details.