# UNITED STATES DISTRICT COURT
for the

__Northern__ District of __West Virginia__

| | |
|---|---|
| Julie Ann Hamstead ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-cv-79 |
| Former Trooper D.R. Walker, individually ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ other:   JUDGMENT IS ENTERED is favor of West Virginia State Police; City of Ranson, West Virginia; Sergeant Keith Sigulinsky; City of Charles Town, West Virginia; Officer Jason Newlin; Rodney D. Hedrick, Sr.; Kyle Reed Koppenhaver; "A.B."; Jefferson Contracting, Inc.;  Jefferson Asphalt Products Company; Dale DeGrave; Allen Shutts; John Timothy Morris; the Charles Town General Hospital, d/b/a Jefferson Medical Center;Kelly Halbert, RN; and (16) "X, Y, and Z."

☒ decided by Judge   John Preston Bailey

.

Date:   09/09/2019                              *CLERK OF COURT*

                                                        /s/ T. Gregory

                                                        *Signature of Clerk or Deputy Clerk*