FILED: October 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2122
(3:18-cv-00079-JPB)

_____

JULIE ANN HAMSTEAD

       Plaintiff - Appellant

v.

WEST VIRGINIA STATE POLICE; THE CITY OF RANSON, WEST VIRGINIA; SARGEANT KEITH SIGULINSKY, in his official capacity; CITY OF CHARLES TOWN, West Virginia; MASTER PATROLMAN JASON NEWLIN, in his official capacity; THE WEST VIRGINIA DIVISION OF HIGHWAYS; RODNEY D. HEDRICK, SR., in his official capacity; KYLE REED KOPPENHAVER, in his official capacity; AB, an unknown individual known as the West Virginia Department of Highways "Muscle Man" on the 2016 Ranson-Charles Town Green Corridor Fairfax Boulevard Project; JEFFERSON CONTRACTING, INC., a corporation; JEFFERSON ASPHALT PRODUCTS COMPANY, a corporation; DALE DEGRAVE; ALLEN SHUTTS; JOHN TIMOTHY MORRIS; WEST VIRGINIA UNIVERSITY HOSPITALS-EAST, INC, d/b/a Jefferson Medical Center; KELLY HALBERT, RN; X, Y AND Z, unknown persons who conspired and/or aided and abetted in the fabrication of false criminal charges against Julie Hamstead; THE CHARLES TOWN GENERAL HOSPITAL, d/b/a Jefferson Medical Center

       Defendants - Appellees

and

D. R. WALKER, in his official capacity

       Defendant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Northern District of West Virginia at Martinsburg |
| Originating Case Number | 3:18-cv-00079-JPB |
| Date notice of appeal filed in originating court: | 10/07/2019 |
| Appellant(s) | Julie Ann Hamstead |
| Appellate Case Number | 19-2122 |
| Case Manager | Richard H. Sewell<br>804-916-2702 |