# EXHIBIT 3

# Audio Recording of 911 Recording Filed Separately

**EXHIBIT 3**