

```
11/03/17           Jefferson County Emergency Communications Center              787
13:36                          CALL DETAIL REPORT                        Page:     1

Call Number:       C16-19224

Nature:            Disturbance
Reported:          15:57:25 04/25/16
Rcvd By:           Potts,B                               How Rcvd: 9
Occ Btwn:          15:56:18 04/25/16   and 15:56:29 04/25/16
Type:              1
Priority:          4

Address:           105 N FAIRFAX BLVD
City:

Alarm:


COMPLAINANT/CONTACT
----------------------
Complainant: ,                                                       Name#:
Race:     Sex:       DOB: **/**/**
Address: ,
Home Phone:                                       Work Phone:

Contact: JULIE HAMSTEAD
Address: 215 E SIXTH AVE - S SECTOR
Phone: 304-671-3109

RADIO LOG
---------
Dispatcher Time/Date              Unit   Code Zone Agnc Description
---------- ----------------       ----   ---- ---- ---- -----------
Lanning,S  15:59:22 04/25/16 203       DISP RPD  RPD  incid#=16RN02475 Call
                                                       Dispatched call=831
Sigulinsky 16:00:47 04/25/16 203       ENRT RPD  RPD  (MDC) Enroute to a call
                                                       incid#=16RN02475 call=831
Sigulinsky 16:00:48 04/25/16 203       ARRV RPD  RPD  (MDC) Arrived on scene
                                                       incid#=16RN02475 call=831
Lanning,S  16:44:17 04/25/16 203       VHIN RPD  RPD  pl=B199321
Sigulinsky 16:48:18 04/25/16 203       AVAI RPD  RPD  (MDC) Completed call
                                                       incid#=16RN02475 call=831

COMMENTS
--------
WANTS AN OFFICER REFERENCE CITY POURING CONCRETE IN FRONT OF HER HOUSE.


UNIT HISTORY
------------
Unit    Time/Date              Code
----    ---------              ----
203     15:59:22 04/25/16      DISP
203     16:00:47 04/25/16      ENRT
203     16:00:48 04/25/16      ARRV
203     16:44:17 04/25/16      VHIN
203     16:48:18 04/25/16      AVAI
```



STATE'S EXHIBIT 1

EXHIBIT 4

```
11/03/17             Jefferson County Emergency Communications Center              787
13:36                          CALL DETAIL REPORT                        Page:      2


RESPONDING OFFICERS
--------------------
Unit   Officer
------ -------------------------
203    Sigulinsky,K

INVOLVEMENTS
------------
Type Record#    Date      Description                            Relationship
---- ---------- --------- -------------------------------------- ----------------------------
LW   16RN02475  04/25/16  Disturbance 16RN02475 105 N            Initiating Call
```