**In the Matter of:**

JULIE ANN HAMSTEAD

vs

FORMER TROOPER D.R. WALKER

SIGULINSKY, KEITH

*December 11, 2019*

**Liberty Reporting**
West Virginia, Virginia & Maryland
(304) 260-0670 | (301) 992-5264

**EXHIBIT 5**

```
 1      A.    According to the 911 information, it wasn't.
 2      Q.    It was?
 3      A.    It was not.
 4      Q.    You didn't -- did you listen to 911 when a
 5   worker called from Jefferson Contracting and stated that
 6   the woman was calm in the parking lot?  Did you listen
 7   to that?
 8      A.    No, I didn't listen to anything.
 9      Q.    Okay.
10      A.    I just --
11      Q.    You saw the word "disturbance" and you decided
12   that meant that everything wasn't calm?
13      A.    Usually, that's what a disturbance is.
14      Q.    So if Julie Hamstead called and said, I would
15   like to have a police officer come by and drive by where
16   I am, they wrote that up as a disturbance?
17            MR. JEFFRIES:  Object to the form.
18      A.    I don't -- I don't control what they put in
19   there.
20   BY MR. HAMSTEAD:
21      Q.    Right.  Do you -- and you don't -- do you know
22   that that was what happened?  That Julie Hamstead called
23   and you responded to that, drive by her?
24      A.    My original call was for that.
```

```
 1      Q.    You knew that?
 2      A.    For her talking about somebody taking parking
 3   spaces.
 4      Q.    And you drove by?
 5      A.    Yes.
 6      Q.    Did you see the flashing lights on the Honda
 7   sitting on the corner?
 8      A.    No.
 9      Q.    You drove right by her --
10      A.    There was no vehicle there when I went by.
11      Q.    There was no vehicle there?
12      A.    No, sir.
13      Q.    And there were no workers on the sidewalk?
14      A.    No, sir.
15      Q.    Do you have any reason to doubt that -- that
16   what Dale DeGrave testified to -- he's -- I'm telling
17   you that the driver of the other vehicle, he said that
18   everything was calm until the police arrived.
19            Do you have any reason to doubt that
20   testimony?
21            MR. JEFFRIES:  Objection.  He's already
22      testified to what he saw.
23      A.    I can tell you that's what his testimony says.
24
```

```
 1              MR. JEFFRIES:  Assumes facts not established.
 2              MR. HAMSTEAD:  I'm sorry.
 3              MR. JEFFRIES:  I was just stumbling with my
 4    objection.  Sorry.  Go ahead.
 5   BY MR. HAMSTEAD:
 6      Q.   The point following the arrest of Julie
 7   Hamstead, who was in charge of the case?
 8      A.   I don't --
 9      Q.   Trooper Walker?
10      A.   It was either Walker or Newlin.
11      Q.   Okay.
12      A.   I don't know that it's been determined at that
13   point.
14      Q.   Okay.  Wasn't you?
15      A.   Wasn't me.
16      Q.   Newlin said it wasn't him.
17      A.   Okay.
18      Q.   So that leads to Walker; correct?
19      A.   Okay.
20      Q.   So Walker was in charge of the case at this
21   point, and -- but you -- you claim that you have no
22   recollection -- even after seeing what appears to be a
23   police officer go in the car, you still don't have any
24   recollection of going into the car?
```

1   A.   I don't remember if I did.  I can't say that
2   that was me for sure.  I mean, it's three and a half
3   years ago.
4   Q.   So you never looked at this part of the video
5   before?
6   A.   I don't remember if I had seen this part or
7   not.
8   Q.   And did you not read the complaint that was
9   filed in this case about the question of going into her
10  car?
11  A.   I vaguely remember seeing it.
12  Q.   Did you not -- were you not aware of the fact
13  that Walker took Julie Hamstead's driver's license and
14  never gave it back?
15       MR. JEFFRIES:  Objection.  Misstates the
16    evidence.
17  BY MR. HAMSTEAD:
18  Q.   Are you not aware of that?
19  A.   I didn't read into this case any further than
20  my part of it.
21  Q.   Okay.  Did you not read in the case that he
22  was accused of a conspiracy to do certain things
23  including violating her rights?  Did you read that?
24  That other people were involved in the conspiracy?

```
 1   person towing the vehicle.
 2       Q.   I'm going back to the second half of the north
 3   side.
 4            Ready again?  Okay.
 5            So back on the second half of the north
 6   video, how many cars are pulling down the road?  Do
 7   you recognize that car?
 8       A.   Yes.  Appears to be my old cruiser.
 9       Q.   What are you doing?
10       A.   Looking for an incident.
11       Q.   Okay.  What are you doing now?
12       A.   It looks like that one of the workers was
13   talking to me about something.
14       Q.   And is your car backing up now at 16:30:19?
15       A.   Yes.
16       Q.   A car is pulling in at 16:30:34; is that
17   correct?
18       A.   Yeah.
19       Q.   It stops.
20            Do you see the rear end of your car -- the
21   front of your -- front of your car peeking out in
22   front of that red-looking truck?
23       A.   Yes.
24       Q.   So if you got out of your car a couple of
```

```
1      A.    No.
2      Q.    Do you recall on April 25th, 2016 ever going
3   to Ms. Hamstead's car?
4      A.    I don't recall if I did or didn't.
5      Q.    Exhibit 3 was your statement that you gave,
6   and I believe I heard you refer to it here just recently
7   as an action taken; is that correct?
8      A.    Yes, sir.
9      Q.    And what was the purpose -- why were you asked
10  to write down that action taken?
11     A.    Just -- it's common when we are involved in
12  something that -- with another department, we just put
13  down our -- action we took at the scene from our
14  perspective, what we dealt with at the scene so they
15  have it.
16     Q.    How many times did you pull into the APU
17  parking lot that day of -- that afternoon of April 25th,
18  2016?
19     A.    Once.
20     Q.    I'll represent to you that Ms. Hamstead's
21  deposition was on Monday, and in the hearing in the
22  Circuit Court on November 9th, 2018, she represented
23  that all the video that you watched today does not
24  depict actual event; that it is, in fact, a recreation
```

```
 1   that was staged after the event.  And if I understood
 2   her testimony correctly on Monday, she testified that
 3   Trooper Walker was the one who engineered the -- the
 4   reenactment.
 5           Did Trooper Walker ask you to recreate the
 6   accident?
 7       A.  No.
 8       Q.  Did anyone ask you to recreate the accident?
 9       A.  No.
10       Q.  Did you participate in a recreation of the
11   accident?
12       A.  No.
13       Q.  You testified you didn't know any of the
14   construction workers; right?
15       A.  Correct.
16       Q.  You weren't even aware that Dale DeGrave was
17   the driver of the Jefferson Asphalt truck?
18       A.  Yeah.  I didn't recall the name or --
19       Q.  And I believe I heard you testify that you're
20   not friends with either Trooper Walker or Officer
21   Newlin?
22       A.  Correct.
23       Q.  You see them from time to time on the job;
24   correct?
```

1    warrant or something at our office, I may call our
2    office and have them do it.
3        Q.    Are those calls recorded?
4        A.    I don't know.  I would assume they are because
5    it's all the same radio system.  I really don't -- I
6    don't know.
7        Q.    Where do you believe they would be recorded?
8        A.    911 center.  It's all the same radio system.
9        Q.    I understand.  Thank you.
10       A.    Uh-huh.
11       Q.    How do you know that the American Public
12   University System video is not synced with 911?  How did
13   you -- how do you find that out?
14       A.    We -- I didn't say it was or it wasn't.  It's
15   just -- we have that problem all the time working cases.
16       Q.    How do you --
17       A.    The cameras are never the same.
18       Q.    Yeah.  You were asked a question, a leading
19   question, by Mr. Jeffries:  Are they synced to the same
20   time?  You said they're not.  You just testified to
21   that.
22       A.    Right.
23       Q.    How do you know that?
24       A.    I -- I can't confirm they are or they aren't.

```
 1      Q.    So you didn't understand his question
 2  apparently; is that true?
 3      A.    I know we have this problem all the time.
 4      Q.    I thought you had no experience with the APU
 5  cameras.
 6      A.    I wasn't talking about APU.  I was talking
 7  about cameras in general.
 8      Q.    Oh, gee, I see.
 9            So you don't have any experience with APU
10  camera times at all prior to this; is that correct?
11      A.    I don't recall having any issues with using
12  APU cameras for anything.
13      Q.    So you don't know whether or not they're
14  synced together or not.  You just -- you just answered
15  that question if they're not synced together, but you
16  don't -- you didn't have a basis for it, did you?  You
17  just answered; is that correct?
18      A.    The basis here is we have that problem a lot
19  with the camera system.
20      Q.    But not with APU.  You were asked about APU
21  camera.  You weren't asked about other cameras, were
22  you?  You were asked about American Public University.
23            Didn't you understand that?
24      A.    Sure.
```