```
11/03/17           Jefferson County Emergency Communications Center              787
13:40                              CALL DETAIL REPORT                    Page:    1

Call Number:      C16-19228

Nature:           Disturbance
Reported:         16:20:07 04/25/16
Rcvd By:          Burke,K                              How Rcvd: 9
Occ Btwn:         16:18:28 04/25/16    and 16:18:58 04/25/16
Type:             1
Priority:         4

Address:          FIRST AVE / N GEORGE
City:

Alarm:


COMPLAINANT/CONTACT
-----------------------
Complainant: ,                                                       Name#:
Race:    Sex:      DOB: **/**/**
Address: ,
Home Phone:                                    Work Phone:

Contact: allen chemp
Address:
Phone: 304-283-2609

RADIO LOG
---------
Dispatcher    Time/Date             Unit    Code Zone Agnc Description
----------    -------------------   ----    ---- ---- ---- -----------------------
Lanning,S     16:21:38 04/25/16     112     DISP CTPD CTPD incid#=16CT03161 Call
                                                           Dispatched call=871
Burke,K       16:27:02 04/25/16     112     VHIN CTPD CTPD pl=3tv674
Lanning,S     16:28:48 04/25/16     580     ARRV CTPD WVSP incid#=16SP01057 Arrived on
                                                           Scene call=871
Lanning,S     16:44:07 04/25/16     580     DLIN CTPD WVSP dl=C656590
Lanning,S     16:54:39 04/25/16     580     ARVD CTPD WVSP incid#=16SP01057 Arrived at
                                                           Hospital call=871
Lanning,S     17:02:02 04/25/16     112     AVAI CTPD CTPD incid#=16CT03161 Available
                                                           disp:CLO clr:NRR call=871
Seibel,T      19:28:17 04/25/16     580     OK   CTPD WVSP incid#=16SP01057 Status
                                                           Check call=871
Seibel,T      22:47:41 04/25/16     580     ENRT CTPD WVSP incid#=16SP01057  WVSP
                                                           call=871
Seibel,T      22:54:43 04/25/16     580     ARVD CTPD WVSP incid#=16SP01057  WVSP
                                                           call=871
Schweitzer    23:34:14 04/25/16     580     ENRT CTPD WVSP incid#=16SP01057  MGST CT
                                                           call=871
Schweitzer    23:41:15 04/25/16     580     ARVD CTPD WVSP incid#=16SP01057 Arrived at
                                                           Court call=871
Schweitzer    00:01:12 04/26/16     580     AVAI CTPD WVSP incid#=16SP01057  SUBJ WAS
                                                           PR'D disp:CLO clr:NRR
                                                           call=871
Lanning,S     09:14:10 04/26/16             CTPD CTPD Call type 1 reopened and
                                                           assigned call number 37
Lanning,S     09:14:22 04/26/16     203     DISP CTPD RPD  incid#=16RN02492 Call
                                                           Dispatched call=371
```

STATE'S EXHIBIT 2

EXHIBIT 8

```
11/03/17              Jefferson County Emergency Communications Center                    787
13:40                              CALL DETAIL REPORT                          Page:        2

Lanning,S  09:14:28 04/26/16 203    AVAI CTPD RPD   incid#=16RN02492 Available
                                                    clr:RPT call=371

COMMENTS
---------
ps refer irrate person
16:23:38 04/25/2016 - Burke,K
female now crashed into one of the trucks
16:24:13 04/25/2016 - Burke,K
they are at 330 n fairfax blvd
16:24:39 04/25/2016 - Burke,K
female is in a honda pilot
16:26:09 04/25/2016 - Burke,K
they are working at apus
16:26:25 04/25/2016 - Burke,K

16:26:44 04/25/2016 - Burke,K
3tv674
16:27:57 04/25/2016 - Lanning,S
GEORGE ST ACROSS FROM MCKINNEYS
16:33:43 04/25/2016 - Lanning,S
10-15 W/ONE FEMALE
Call type 1 reopened by Lanning,S at 09:14:11 04/26/16


UNIT HISTORY
---------------
Unit   Time/Date             Code
-----  -------------------   ----
       09:14:10 04/26/16
112    16:21:38 04/25/16     DISP
112    16:27:02 04/25/16     VHIN
112    17:02:02 04/25/16     AVAI
203    09:14:22 04/26/16     DISP
203    09:14:28 04/26/16     AVAI
580    16:28:48 04/25/16     ARRV
580    16:44:07 04/25/16     DLIN
580    16:54:39 04/25/16     ARVD
580    19:28:17 04/25/16     OK
580    22:47:41 04/25/16     ENRT
580    22:54:43 04/25/16     ARVD
580    23:34:14 04/25/16     ENRT
580    23:41:15 04/25/16     ARVD
580    00:01:12 04/26/16     AVAI

RESPONDING OFFICERS
----------------------
Unit   Officer
-----  ---------------------
112    Newlin,J
203    Sigulinsky,K
580    Walker,D

INVOLVEMENTS
--------------
Type Record#     Date        Description                          Relationship
```

```
11/03/17           Jefferson County Emergency Communications Center              787
13:40                         CALL DETAIL REPORT                      Page:        3

LW    16CT03161 04/25/16 Disturbance 16CT03161 FIRST   Initiating Call
LW    16RN02492 04/26/16 Disturbance 16RN02492 FIRST   Initiating Call
LW    16SP01057 04/25/16 Disturbance 16SP01057 FIRST   Initiating Call
```