# YOUR SPRINT INVOICE

**Account Number:** 140050613
**Account Name:** ASPHALT
**Billing Period:** 03/26/16-04/25/16
**Invoice Date:** April 29, 2016
**Page:** 54 of 62
**Invoice Number:** 140050815-162

## 304-283-2609, ALLEN SHUTTS cont.

### SUBSCRIBER ACTIVITY DETAIL

#### Cellular Services Call Detail

| No. | Date | Time | Call To | Number | Footnote (See pg. 2) | Min:Sec | Usage | *Long Dist / Other | Total Charges |
|---|---|---|---|---|---|---|---|---|---|
| 771 | 04/23 | 12:49P | FALLNGWTRS,WV | 304-886-0766 | CP | 4:00 | 0.00 | 0.00 | 0.00 |
| 772 | 04/23 | 04:59P | FALLNGWTRS,WV | 304-886-0766 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 773 | 04/23 | 06:54P | FALLNGWTRS,WV | 304-240-9368 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 774 | 04/23 | 06:18P | Incoming | 304-261-1490 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 775 | 04/23 | 06:20P | Incoming | 304-283-1657 | CF/CW | 2:00 | 0.00 | 0.00 | 0.00 |
| 776 | 04/23 | 06:44P | Incoming | 304-283-1657 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 777 | 04/24 | 08:42A | FALLNGWTRS,WV | 304-240-9368 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 778 | 04/24 | 08:44A | Incoming | 304-240-0368 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 779 | 04/24 | 08:50A | MOOREFIELD,WV | 304-703-5649 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 780 | 04/24 | 08:51A | Incoming | 304-703-5649 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 781 | 04/24 | 11:10A | CHARLES TN,WV | 304-728-2424 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 782 | 04/24 | 12:05P | FALLNGWTRS,WV | 304-240-9368 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 783 | 04/24 | 12:21P | Incoming | 540-686-0368 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 784 | 04/24 | 12:22P | FALLNGWTRS,WV | 304-886-0766 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 785 | 04/24 | 12:27P | FALLNGWTRS,WV | 304-820-3610 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 786 | 04/24 | 12:32P | MOOREFIELD,WV | 304-703-5649 | CP | 3:00 | 0.00 | 0.00 | 0.00 |
| 787 | 04/24 | 12:46P | MOOREFIELD,WV | 304-703-5649 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 788 | 04/24 | 12:49P | MARTINSBG,WV | 304-261-1490 | CP | 5:00 | 0.00 | 0.00 | 0.00 |
| 789 | 04/24 | 12:58P | Incoming | 304-703-5649 | CP | 4:00 | 0.00 | 0.00 | 0.00 |
| 790 | 04/24 | 01:52P | FALLNGWTRS,WV | 304-886-0766 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 791 | 04/24 | 01:53P | CHARLES TN,WV | 304-728-2638 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 792 | 04/24 | 05:21P | Incoming | 304-886-0766 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 793 | 04/24 | 05:25P | Incoming | 304-886-0766 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 794 | 04/24 | 05:49P | Incoming | 540-686-0368 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 795 | 04/24 | 05:50P | Incoming | 540-656-0368 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 796 | 04/24 | 07:04P | FALLNGWTRS,WV | 304-886-0766 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 797 | 04/25 | 06:11A | FALLNGWTRS,WV | 304-240-9368 | CP | 2:00 | 0.00 | 0.00 | 0.00 |
| 798 | 04/25 | 06:43A | Incoming | 304-279-5753 | CP | 1:00 | 0.00 | 0.00 | 0.00 |
| 799 | 04/25 | 07:42A | MOOREFIELD,WV | 304-703-5649 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 800 | 04/25 | 07:49A | FALLNGWTRS,WV | 304-886-7537 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 801 | 04/25 | 07:55A | FALLNGWTRS,WV | 304-240-9368 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 802 | 04/25 | 07:56A | FALLNGWTRS,WV | 304-240-6068 | PP | 4:00 | 0.00 | 0.00 | 0.00 |
| 803 | 04/25 | 08:50A | Incoming | 304-596-1103 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 804 | 04/25 | 08:55A | FALLNGWTRS,WV | 304-279-5753 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 805 | 04/25 | 08:56A | MARTINSBG,WV | 304-596-1103 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 806 | 04/25 | 09:04A | Incoming | 724-822-4898 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 807 | 04/25 | 09:33A | Incoming | 540-636-6845 | PP | 5:00 | 0.00 | 0.00 | 0.00 |
| 808 | 04/25 | 09:43A | Incoming | 703-618-5284 | PP | 4:00 | 0.00 | 0.00 | 0.00 |
| 809 | 04/25 | 09:46A | FALLNGWTRS,WV | 304-283-2608 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 810 | 04/25 | 09:48A | INWOOD,WV | 304-229-3075 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 811 | 04/25 | 09:51A | Incoming | 304-616-6774 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 812 | 04/25 | 09:53A | FALLNGWTRS,WV | 304-283-2603 | PP | 4:00 | 0.00 | 0.00 | 0.00 |
| 813 | 04/25 | 09:55A | ALEXANDRIA,VA | 703-618-5284 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 814 | 04/25 | 10:06A | Incoming | 304-725-3167 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 815 | 04/25 | 10:10A | FALLNGWTRS,WV | 304-283-9805 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 816 | 04/25 | 10:12A | FALLNGWTRS,WV | 304-283-2608 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 817 | 04/25 | 10:13A | CHARLES TN,WV | 304-725-3167 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 818 | 04/25 | 10:15A | ALEXANDRIA,VA | 703-618-5284 | PP | 10:00 | 0.00 | 0.00 | 0.00 |
| 820 | 04/25 | 10:25A | Incoming | 703-618-5284 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 821 | 04/25 | 10:50A | FALLNGWTRS,WV | 304-283-2603 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 822 | 04/25 | 10:54A | FALLNGWTRS,WV | 304-279-5753 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 823 | 04/25 | 10:56A | FALLNGWTRS,WV | 304-240-9368 | PP | 6:00 | 0.00 | 0.00 | 0.00 |
| 824 | 04/25 | 11:05A | MARTINSBG,WV | 304-616-6774 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 825 | 04/25 | 11:20A | Incoming | 304-240-9368 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 826 | 04/25 | 11:21A | Incoming | 304-616-6774 | PP/CW | 1:00 | 0.00 | 0.00 | 0.00 |
| 827 | 04/25 | 12:28P | MOOREFIELD,WV | 304-703-5649 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 828 | 04/25 | 12:60P | BERRYVILLE,VA | 540-955-1360 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 829 | 04/25 | 01:14P | MARTINSBG,WV | 304-520-7825 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 830 | 04/25 | 01:25P | FALLNGWTRS,WV | 304-260-3447 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 831 | 04/25 | 01:34P | Incoming | 304-279-1886 | PP | 7:00 | 0.00 | 0.00 | 0.00 |
| 832 | 04/25 | 01:40P | FALLNGWTRS,WV | 304-240-9368 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 833 | 04/25 | 02:10P | Incoming | 304-240-9368 | PP | 3:00 | 0.00 | 0.00 | 0.00 |
| 834 | 04/25 | 02:26P | Incoming | 304-279-5753 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 835 | 04/25 | 02:27P | Incoming | 304-279-5753 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 836 | 04/25 | 03:00P | FALLNGWTRS,WV | 304-866-7537 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 837 | 04/25 | 03:02P | MARTINSBG,WV | 304-582-0847 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 838 | 04/25 | 03:04P | FALLNGWTRS,WV | 304-279-5753 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 839 | 04/25 | 03:26P | Incoming | 304-279-5753 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 840 | 04/25 | 03:41P | FALLNGWTRS,WV | 304-886-8937 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 841 | 04/25 | 03:43P | FALLNGWTRS,WV | 304-283-2610 | PP | 2:00 | 0.00 | 0.00 | 0.00 |
| 842 | 04/25 | 03:50P | Incoming | 304-279-5753 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 843 | 04/25 | 03:56P | Incoming | 304-215-7120 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 844 | 04/25 | 04:18P | Emergency | 000-000-0911 | PP/FC | 2:00 | 0.00 | 0.00 | 0.00 |
| 845 | 04/25 | 04:23P | Emergency | 000-000-0911 | PP/FC | 6:00 | 0.00 | 0.00 | 0.00 |
| 846 | 04/25 | 05:03P | MOOREFIELD,WV | 304-703-5649 | PP | 8:00 | 0.00 | 0.00 | 0.00 |
| 847 | 04/25 | 05:10P | WINCHESTER,VA | 540-686-0368 | PP | 7:00 | 0.00 | 0.00 | 0.00 |
| 848 | 04/25 | 05:17P | FALLNGWTRS,WV | 304-279-5753 | PP | 5:00 | 0.00 | 0.00 | 0.00 |
| 849 | 04/25 | 05:27P | Incoming | 304-283-2603 | PP | 10:00 | 0.00 | 0.00 | 0.00 |
| 850 | 04/25 | 05:37P | FALLNGWTRS,WV | 304-240-9368 | PP | 1:00 | 0.00 | 0.00 | 0.00 |
| 851 | 04/25 | 05:38P | FALLNGWTRS,WV | 504-886-7537 | PP | 12:00 | 0.00 | 0.00 | 0.00 |
| 852 | 04/25 | 05:49P | FALLNGWTRS,WV | 304-240-8368 | PP | 9:00 | 0.00 | 0.00 | 0.00 |

**Total Cellular Services Charges** — 1851:00 — $0.00 — $0.00 — $0.00

*Long Distance/Other column includes any Long Distance Directory Assistance (411) and Out of Area charges
*Total minutes used may not be the same across all invoice sections due to the presence of non-chargeable calls

## SUBSCRIBER INFORMATIONAL REPORTS

The following reports are compiled as a courtesy to help you analyze usage trends and manage your subscriber activity.

### Your Rate Plans

| Plan | Services |
|---|---|
| Cellular Call Detail | Cellular Call Detail |
| Call Forwarding | Conditional Call Forwarding |
| | Call Forward Unconditional |
| Unlimited 3G/4G Data | Mobile TV |
| | Sprint 4G Data Services |
| | Sprint eHRPD Data |
| | Sprint Data Services |
| | Domestic Data Roaming |

Continued...

**EXHIBIT 9**