# EXHIBIT 12

# Videos (3) of APU Parking Lot Filed Separately

**EXHIBIT 12**