```
                                                                  1

 1      IN THE CIRCUIT COURT OF JEFFERSON COUNTY, WEST VIRGINIA

 2   STATE OF WEST VIRGINIA,

 3   V.                         NO.: 17-M-AP-6

 4   JULIE HAMSTEAD,
          Defendant.
 5

 6

 7      TRANSCRIPT OF PROCEEDINGS HELD before the Honorable

 8   Steven Redding, Judge, on a hearing in the above-styled

 9   matter on Friday, the 9th day of November 2018, at 4 p.m.

10
                             APPEARANCES:
11
        On Behalf of the State of West Virginia:
12
             LYNDSEY MATSCHAT, ESQUIRE
13           Assistant Prosecuting Attorney

14      On Behalf of the Defendant:

15           BRAUN HAMSTEAD, ESQUIRE
             Charles Town, West Virginia 25414
16
        The Defendant, Julie Hamstead, present in person
17

18

19

20

21

22   Tracy P. Rice, RPR
     Official Court Reporter
23   380 W. South Street
     Suite 4100
24   Martinsburg, WV 25401
```

**EXHIBIT 13**

1                      EXAMINATION INDEX

2

    TIMOTHY HOWARD
3        DIRECT BY MR. HAMSTEAD . . . . . . . . . . . . . .  6
         CROSS BY MS. MATSCHAT . . . . . . . . . . . . . . . 9
4        REDIRECT BY MR. HAMSTEAD . . . . . . . . . . . . . 11
         RECROSS BY MS. MATSCHAT . . . . . . . . . . . . . .11
5
    JULIE HAMSTEAD
6        DIRECT BY MR. HAMSTEAD . . . . . . . . . . . . . .15
         CROSS BY MS. MATSCHAT . . . . . . . . . . . . . . .55
7
    TROOPER FIRST CLASS D.R. WALKER
8        DIRECT BY MS. MATSCHAT . . . . . . . . . . . . . .63
         CROSS BY MR. HAMSTEAD . . . . . . . . . . . . . . .76

9

10                       EXHIBIT INDEX

11                                                   MAR  ADM
    DEFENDANT'S EXHIBIT 1
12       Videos                                       9    9

13

14

15

16

17

18

19

20

21

22

23

24

1  north side. Started at 6:29. Do you recognize that as
2  well?
3      A.  Yes.
4      Q.  It is an authenticated copy. And it was only one
5  car on the south side; is that correct?
6      A.  That's correct.
7      Q.  Is this a true and accurate copy of that?
8      A.  Yes.
9      Q.  How did you create this and provide this -- a
10 copy of this to us? What procedure did you use to do
11 that?
12     A.  It's extracted or downloaded from the video
13 management software that we have. It's pulled out of
14 there and we save it onto a separate file.
15     Q.  Why are there two parts to the north side, why is
16 that?
17     A.  At first when I pulled it I was afraid the files
18 were going to be too large so I cut it in half, but once I
19 realized I did that when I pulled the second video I
20 didn't need to do it so I saved it as one.
21     Q.  By cutting it in half, could that have had any
22 effect on the time stamps that are being produced in the
23 video provided to us?
24     A.  No, it shouldn't have. I actually went back a

1  something.  It is a dark car.  Just pulled behind the
2  other car.  Then there's a SUV maybe, black SUV pulling
3  behind that.  So now you have two black cars and a black
4  SUV and a white car.
5      Can we go back and can we go back to those times
6  because I want to say -- compare them against 911.
7      Q.   How far back do you need to go?
8      A.   Go back to the white car.  We know Sigulinski
9  says he -- Sigulinski's car, the white car, yeah, so
10 that's supposedly his car pulling in for the first time
11 supposedly even though 911 says he was there since four
12 o'clock.  Can you get that thing off the top?  Okay.  Now
13 when the second -- the first black car is there.  That's
14 the car that I was sitting in handcuffed.  The next black
15 car to arrive -- can you pause when it arrives?  Please
16 get that off.
17     Q.   It's hard to do both.
18     A.   There it is.  Okay.  And when he stops will you
19 pause?  Okay.  So that's 16:31:11 and I don't know who
20 they're going to say that that is but --
21     Q.   When does the 911 log --
22     A.   The 911 call log puts Walker reporting that he
23 arrived at 16:28:48, exactly 16:28:48 so this is 16:31:11.
24 That's not Walker anyway because I was in the car already,

1  in his car so I don't know who that is.  Unless, you know,
2  I don't know if Newlin drives an SUV, but anyway, he's
3  arriving now so let's pause it there.  And if that is
4  indeed Newlin that's 16:31:23.  And the 911 call log says
5  Newlin was in his vehicle en route at 16:27:02 so it took
6  Newlin four minutes to get there if that's Newlin.  But,
7  again, I'm not sure what they're saying who those people
8  are but --
9      Q.  Is there anything else that you want to see -- to
10 have the Court see on this video the north -- second half
11 of the north side?
12     A.  I think we should watch it just for a moment and
13 see if there's anything.
14     Q.  Sure.
15     A.  I think it's important to know when you're
16 watching this video to watch all the people and how
17 they're all just wandering around and how nobody is doing
18 any work and how certain people disappear and they're not
19 at their -- at their equipment working and then come back
20 to their equipment to work.  It's just important to pay
21 attention to all of the people walking around and where
22 they're walking and what they're doing.
23     Q.  I know you've studied this video numerous times
24 over the course of two years.  Were you able to determine

```
 1   don't think I have to.
 2        THE COURT:  Objection is overruled.
 3   BY MS. MATSCHAT:
 4        Q.   Can you identify that picture that actually you
 5   provided to our office or Mr. Hamstead --
 6        A.   Purple leggings.  Yes, those are purple leggings.
 7   I've got them in a bag with all of the gravel marks.  Do
 8   you want them?
 9        Q.   So it's your testimony that this color that's
10   displayed on my --
11        A.   Purple.
12        Q.   -- laptop is the same color as my water bottle
13   there?
14        A.   It may be a little darker but they're purple.
15   I've got them in a --
16        Q.   Your testimony is they're a little bit darker
17   than what my water --
18        A.   I've got gravel marked, knees out leggings in a
19   bag at home with my flowered tunic.
20        Q.   I just want to make sure that that is your
21   testimony these are bright purple?
22        A.   Purple.
23        Q.   And it's your testimony that this whole video was
24   fabricated; correct?
```

```
1      A.    Absolutely.

2      Q.    Okay.

3      A.    It's a recreation.

4      Q.    Okay.

5      A.    Done by a recreation expert.

6      Q.    Okay.  So you believe this was a recreation?

7      A.    Absolutely.

8      Q.    And you believe Trooper Walker was part of this
9  conspiracy?

10     A.    I do.

11     Q.    And you or your attorney were actually the
12 individuals that obtained this video; correct?  It wasn't
13 provided by the State; correct?

14     A.    It was provided to you in June of 2016.  You have
15 had it since June of 2016 provided by APU by my attorney
16 who submitted it to you.  A different attorney.

17     Q.    I think I didn't ask that very well.  You
18 obtained that video or your attorney obtained that video
19 directly from APU; correct?

20     A.    That's right.  And they --

21     Q.    And then you provided --

22     A.    -- submitted it --

23     Q.    -- correct?

24     A.    My attorney did.
```