In the Matter of:

# JULIE ANN HAMSTEAD

vs

# FORMER TROOPER D.R. WALKER

## DEGRAVE, DALE

*January 29, 2020*

**Liberty Reporting**
West Virginia, Virginia & Maryland
(304) 260-0670 | (301) 992-5264

**EXHIBIT 14**

1   A.   Yeah.

2   Q.   Okay. And do you remember apologizing to her
3   for the accident? Do you remember that?

4   A.   No, I don't remember.

5   Q.   You don't remember that now?

6   A.   Well, I don't remember apologizing for the
7   accident because she hit me.

8   Q.   Well, I hear you. But you don't remember
9   apologizing to her for the accident?

10  A.   I might have. I'm not sure. I don't
11  remember.

12        MR. JEFFRIES: Braun, do you want to redact
13   his date of birth, Social and driver's license
14   number like we did in the other depositions?

15        MR. HAMSTEAD: Yes. Let me see if I have
16   something to do that with.

17        MR. LEVICOFF: Thank you guys. I appreciate
18   that.

19        MR. HAMSTEAD: I'll just block out those two.
20   Did I get everything there?

21        MR. JEFFRIES: Probably his driver's license
22   as well.

23        MR. HAMSTEAD: His license, okay.

24        MR. JEFFRIES: Unless you want to ask about

1  were the State inspectors or City of Ranson guy.  I
2  didn't know them by name.
3      Q.   You don't know a Copenhaver?  That doesn't
4  ring a bell?  Okay.  They came down too?
5      A.   I guess they did.  I mean, we were really
6  standing around there.
7      Q.   Okay.  So --
8      A.   I don't know if they came down or not.
9      Q.   Okay.  So in the group there that was talking
10 to the Ranson officer and the Charles Town officer, as
11 far as you know were there any more individuals than
12 those five?
13     A.   I don't know.
14     Q.   You don't know.
15     A.   I wasn't paying attention to that.
16     Q.   Okay.  And you say you don't know what anybody
17 said except at some point you told them -- you told the
18 officers that she hit your truck other than that you
19 don't know anything else that anyone said that you can
20 recall; is that correct?
21     A.   No, I don't remember anything.
22     Q.   So what happened then after Trooper Walker
23 took Mrs. Hamstead to the back of your truck?  What
24 happened then?

```
 1      A.   She kept trying to come down towards where we
 2  were and Trooper Walker told her she had to stay up
 3  here.
 4      Q.   Then what happened?
 5      A.   I don't know.  He told her twice, I think
 6  maybe two or three times that she needed to stay up here
 7  and let the officers do their investigation.
 8      Q.   Okay.  So they were going to do the
 9  investigation with you and Morris and Allen Shutts; is
10  that correct?  That was their investigation; correct?
11      A.   I guess.
12           MR. LEVICOFF:  Object to the form.
13      Q.   Then what happened?
14      A.   And next thing I know, they were down at the
15  bottom of the truck and the side doors and they were
16  trying to put -- I guess he was putting Mrs. Hamstead
17  under arrest.
18      Q.   What happened then?
19      A.   I don't know.  The officer said we need to
20  move away and we all started moving away.
21      Q.   You all started moving away?
22      A.   Yeah, we moved away from the truck where we
23  were standing.
24      Q.   So you all moved away from the truck.  Then
```

1   what happened?
2       A.   And next thing I know, Mrs. Hamstead was
3   trying to keep from getting Officer Walker from putting
4   handcuffs on her, and we all were moving away and next
5   thing I know she was on the ground and they were putting
6   handcuffs on her.
7       Q.   Okay.  Then what did you see?
8       A.   They got her up on her feet, took her over to
9   the squad car.
10      Q.   Okay.  What happened then?
11      A.   Trooper Walker said he had to take her over to
12  the hospital.
13      Q.   He told you that?
14      A.   Well, I heard him telling the other officers
15  he was taking her over to the hospital.
16      Q.   Okay.  What happened then?
17      A.   Went over and did the -- he gave us a
18  statement to fill out and then we handed the statement
19  in, he told us we could go.
20      Q.   Why didn't you put in your statement that she
21  hit you?  Why did you say I hit her door.  Why did you
22  put her in your statement she hit me.  In your written
23  statement, why did you do that?
24      A.   Well, because I just put down that the front

DALE DEGRAVE, 01/29/2020

```
 1      Q.    Were you asked to participate in the
 2   reenactment of this incident?
 3      A.    Sir?
 4      Q.    Were you asked to participate in the
 5   reenactment of this incident?
 6            MR. LEVICOFF:  Do you understand the question?
 7      A.    No.
 8            MR. LEVICOFF:  Reenactment is what he said.
 9      Q.    Ms. Hamstead's position is that what's shown
10   on the video is not what actually -- is not the actual
11   incident.  But that everyone got together afterwards,
12   moved their vehicles, including the Jefferson Asphalt
13   truck that you were driving and reenact the incident.
14      A.    No.
15      Q.    You weren't asked to participate in that?
16      A.    No.
17      Q.    Were you asked to participate in any sort of
18   conspiracy to falsely charge Mrs. Hamstead?
19      A.    No.
20            MR. JEFFRIES:  I have no more questions.
21            MR. LEVICOFF:  Braun?
22            MR. HAMSTEAD:  No, I have no other questions.
23            MR. LEVICOFF:  We will read, please.  You're
24      done.
```