# In the Matter of:

# JULIE ANN HAMSTEAD

vs

# FORMER TROOPER D.R. WALKER

## KOPPENHAVER, KYLE

*January 15, 2020*

**Liberty Reporting**
West Virginia, Virginia & Maryland
(304) 260-0670  |  (301) 992-5264

**EXHIBIT 16**

```
 1   car?
 2       A.     He -- well, he -- there was -- they were
 3   trying to get the story.  When I say "they" -- it seemed
 4   as if there was a little bit of confusion between the
 5   police officers of who was kind of handling this
 6   incident.
 7       Q.     Who was handling it?
 8       A.     Whose jurisdiction or whose -- I don't know
 9   the police details to it, but there was police officers
10   there.  And I remember the state trooper, he was
11   trying -- he first, I think, talked to -- to Julie
12   Hamstead and kind of let her talk and get her side of
13   the story.
14       Q.     You think he did?
15       A.     I want to say I think that's how -- what took
16   place, but I'm not 100 percent sure.  But I do remember
17   that she was trying to talk to Allen Shutts about the
18   incident or what took place, and I remember the trooper
19   was being rudely interrupted by Mrs. Hamstead.  And he
20   warned -- he warned her a few times on her interruption
21   that he would get to her, and he was trying to let
22   Mr. Shutts speak.  And I remember he warned her two or
23   three times, and she interrupted again, and she kind of,
24   like, made a gesture at Allen Shutts, kind of put her
```

1  arm, like, up like that (indicating), and that's when I
2  think Trooper Walker grabbed her arm, and he -- he
3  placed her under arrest and put her in the back of the
4  car.
5      Q.   Okay.  Did you see how he -- where was she
6  with regard to the vehicles at the time that he's
7  commenced to put her under arrest, if you know?
8      A.   With what?  The accident vehicles or --
9      Q.   Right, the accident vehicles.
10     A.   Away from -- they were behind the vehicles.
11 The vehicles were in the parking lot.  They were kind of
12 facing towards Charles Town, and they were in the back
13 side of -- that's kind of where it all was kind of
14 taking place, from what I think I remember.
15     Q.   Did you see her move from -- how far was --
16 was she from the -- she was behind the vehicles, you
17 say.
18          How far was she from the truck, if you
19 know -- from the Allen -- from the DeGrave truck, if
20 you know?
21     A.   Maybe 30 or 40 feet, maybe.
22     Q.   Okay.  How did she -- did you see her come in
23 contact with the Allen -- with the Dale DeGrave truck?
24 Did you see her physical body come in contact with the

```
 1    truck?
 2       A.    No.
 3       Q.    Okay.  Okay.  So you didn't see Trooper Walker
 4    move her over and place her against the truck of Dale
 5    DeGrave?  You didn't see that?
 6             MR. JEFFRIES:  Objection.  Asked and answered.
 7       A.    I don't think it was the -- the truck that was
 8    there.  I think it was another police vehicle or there
 9    was another vehicle around, but I don't remember him,
10    like, slamming her or forcing her into a vehicle or
11    anything, I think is what you're trying to get out, but
12    I don't remember that now.
13   BY MR. HAMSTEAD:
14       Q.    Okay.  Do you remember him forcing her to the
15    ground?
16       A.    I remember the arrest went to the -- the
17    ground, but I don't remember it was, like, by Trooper
18    Walker.  Like he was --
19       Q.    Okay.
20       A.    -- acting out of line or he took it to the
21    ground because he decided to.  I mean, she was resisting
22    arrest.  I mean, she was adamantly trying to get away
23    from him.
24       Q.    Trying to get away from him?
```

```
 1      A.    Or -- yeah.  I mean, she was not just calmly
 2   being handcuffed.
 3      Q.    Right.  And do you remember seeing her on the
 4   ground?
 5      A.    I think she made it to the ground at some
 6   point, yeah.
 7      Q.    And do you remember in what position she was
 8   on the ground?  Face down, on her back, on her side?  Do
 9   you remember that?
10      A.    Maybe on her side or -- I'm not 100 percent
11   sure on that part of it.
12      Q.    Okay.  Do you remember if anybody assisted
13   Trooper Walker in conducting the arrest?
14      A.    No, sir.
15      Q.    No one -- to your knowledge, nobody else did?
16      A.    I don't think so, no, sir.
17      Q.    Okay.  Allen Shutts wasn't driving the DeGrave
18   truck, was he?
19      A.    At the time of the incident?
20      Q.    Right.
21      A.    No, I don't think so.  That wasn't --
22      Q.    Okay.
23      A.    He had a different truck that he was --
24      Q.    And do you have some reason to believe that
```

```
 1   her against the truck."
 2           Do you recall her attempting to push his
 3   hand away?
 4       A.  Yes, sir.
 5       Q.  It says, "The subject continued to resist, and
 6   that was when the trooper took her to the ground so he
 7   gained control of the subject."
 8           Do you recall her resisting?
 9       A.  Yes, sir.
10       Q.  It says -- the question was, "Do you think the
11   trooper acted in a professional manner?"  And your
12   answer was, "100 percent, yes."
13           Do you agree with that today?
14       A.  Yes, sir.
15       Q.  Do you stand by your written statement here in
16   Exhibit 2?
17       A.  I do.
18       Q.  There's nothing in here that you -- you may
19   not recall details.  There's nothing in here that you
20   know is happening wrong?
21       A.  I agree with that.
22       Q.  Did you participate in a conspiracy with
23   Trooper Walker or Allen Shutts or Timothy Morris or Dale
24   DeGrave or Officer Newlin or Officer Sigulinsky or
```

```
 1   anyone who was on the scene to reenact this accident?
 2        A.   No, sir.
 3        Q.   Did you participate in any conspiracy to move
 4   vehicles around and recreate the accident for the
 5   benefit of APU's cameras across the street?
 6        A.   No, sir.
 7             MR. JEFFRIES:  I have no further questions.
 8                       FURTHER EXAMINATION
 9   BY MR. HAMSTEAD:
10        Q.   Mr. Koppenhaver, how long after you arrived at
11   the scene was it that you'd say you witnessed Trooper
12   Walker drive away with Ms. Hamstead?  How long was that?
13   If you can -- if you are able -- if you are not able to
14   estimate, then just say so.
15        A.   I can't estimate.
16        Q.   Can't even give a time frame?
17        A.   Maybe anywhere from 20 to 30 minutes.  That's
18   just a guess.
19        Q.   They'll probably tell you not to guess if
20   you're not able to provide --
21        A.   So I don't know.
22        Q.   -- an estimate of time.
23        A.   I don't know.
24        Q.   Okay.  And you said you were clear that these
```