# In the Matter of:

## JULIE ANN HAMSTEAD

vs

## FORMER TROOPER D.R. WALKER

### MORRIS, JOHN

*January 29, 2020*

### Liberty Reporting
West Virginia, Virginia & Maryland
(304) 260-0670 | (301) 992-5264

**EXHIBIT 17**

```
 1   Sigulinsky, was she?
 2        A.    Who's that?
 3        Q.    The Ranson Police.
 4        A.    I don't know.
 5        Q.    She wasn't talking with you, was she?
 6        A.    Not that I know of.
 7        Q.    She wasn't talking --
 8        A.    After the accident.  And then the police came
 9   because she was all told to move back here.
10        Q.    Including Dale DeGrave; correct?
11        A.    As far as I know.
12        Q.    What happened then?
13        A.    She got verbally loud.
14        Q.    Okay.
15        A.    And I don't remember what all was said but I
16   remember one of the officers telling her to calm down so
17   they could figure this out.  And like I said, just kept
18   going and going.  And the officers just kept telling her
19   to calm down, they told her quite a few times.  And the
20   last time that I remember that was said calm down or
21   you're going to be arrested.
22        Q.    You think somebody told she was going to be
23   arrested?
24        A.    One of the cops did.
```

```
 1      Q.    That's what you believe?
 2      A.    Yes.
 3      Q.    Okay.  But you don't know who that cop was?
 4      A.    No.
 5      Q.    Then what happened?
 6      A.    She held her hands out walked away and said,
 7   "If you're going to lock me up, lock me up."  And that's
 8   when I'd seen Trooper Walker going towards Dale's truck
 9   and she started to go towards her car, grabbed her by
10   the wrist and kind of pulled away.  And that's when he
11   was going to handcuff and he put her up against Dale
12   DeGrave's truck, they both fell to the ground.
13      Q.    They fell to the ground how?
14      A.    I guess they slipped on the gravel.  It's
15   gravel parking lot.
16      Q.    How do you know they fell to the ground?
17      A.    We seen it.
18      Q.    So you had the opinion that Trooper Walker did
19   not put her to the ground, is that your opinion, is that
20   what you're saying?
21      A.    Yes.
22      Q.    How do you arrive at that opinion?
23      A.    Like I said, it was a gravel parking lot.  I
24   mean, she's pulling away.  He's trying -- I'm sorry.
```

```
1      Q.     You saw her slip?
2      A.     Well, they both were slipping on the gravel.
3      Q.     You saw him slip?
4      A.     Yes.
5      Q.     They fell down too?
6      A.     What's that?
7      Q.     Trooper Walker fell down too?
8      A.     Yes.
9      Q.     They both fell down.  Okay.  And then what
10 happened?
11     A.     She -- she was fighting, I mean, trying to
12 pull away from him.
13     Q.     On the ground?
14     A.     Yes.  And he finally got her hands behind her
15 back and handcuffed her and put her in -- I guess it was
16 back of his cruiser.
17     Q.     Okay.  A moment ago I made reference to
18 something that you didn't recall.  And that was you
19 said, whoa, whoa, and indicated yeah, well, if I
20 testified to that at trial it was true.  I want to ask
21 you another question with regard to that.
22     A.     Uh-huh.
23     Q.     You testified at trial that you never looked
24 at the door?
```

```
1      Q.    Did you see anything that Trooper Walker did
2  in the process of taking Ms. Hamstead into custody that
3  you believe to be improper?
4            MR. HAMSTEAD:    Objection to the form of the
5       question.
6      Q.    Go ahead and answer.
7      A.    No.
8      Q.    Are you aware of a video from security cameras
9  made across the street at APU of the parking lot?
10     A.    I'm aware of it.
11     Q.    I'll represent to you that Ms. Hamstead's
12 theory is that the events shown in that video are not
13 the actual events but a reenactment that people on the
14 scene including you and Trooper Walker and the other
15 officers all got together and created it.  Did you
16 participate in a reenactment of the accident?
17     A.    I don't know anything about a reenactment.
18     Q.    So is that, no?
19     A.    No.
20     Q.    Did you conspire with anyone to falsely charge
21 Ms. Hamstead with criminal charges?
22     A.    No.
23     Q.    I don't have any further questions.
24           MR. LEVICOFF:    Braun?
```