

STATE'S EXHIBIT 3
PENGAD 800-631-6989
E-FILED | 12/4/2017 2:42 PM
CC-19-2017-M-AP-6
Jefferson County Circuit Clerk
Laura Storm
exhibits
SCANNED

**EXHIBIT 18**

STATE'S
EXHIBIT
4
PENGAD 800-631-6989