# EXHIBIT 19

# Medical Records Filed Under Seal

**EXHIBIT 19**