## IN THE MAGISTRATE COURT OF JEFFERSON COUNTY, WEST VIRGINIA

☐ Out-of-County Warrant: _____

State of West Virginia
v.

Case No.: 16-M19M-01110

**JULIE HAMSTEAD**
Defendant (Full Name)

XXX-XX-_____
Social Security Number    Date of Birth

Address: 113 FAIRFAX BLVD

City, State, & Zip Code: CHARLES TOWN WV 25414

Driver's License / Identification Number

Phone Number(s)

### CRIMINAL BAIL AGREEMENT: CASH OR RECOGNIZANCE

*WV Code: Cash Bond [§ 62-1C-12], P.R. [§ 62-1C-1a and 4], 10% Cash Bond [Trial Ct. Rule 31.01], Surety Company [§ 62-1C-4]*

A. **AMOUNT OF BAIL:** The defendant having been charged with the ☑ Misdemeanor ☐ Felony Offense of (1) DISORDERLY CONDUCT (2) OBSTRUCTING (3) DESTRUCTION OF PROPERTY

and having a right to bail, this Court hereby sets bail for the defendant as follows: **$1500.00**

☐ Cash ☑ Recognizance: (☑ Personal ☐ 10% Cash Bond and 90% _____
☐ Property (Real Estate) ☐ Surety Company/Bail Bondsman).

If real property is used as security, a justification of surety ☐ IS or ☐ IS NOT required.

B. **TERMS AND CONDITIONS FOR RELEASE ON BAIL**
If admitted to bail, the defendant understands and agrees

1. to be present in person in the Magistrate Court of Jefferson County on the ____ day of _____, 20___, at _____ ☐ a.m. / ☐ p.m.,
   ☑ or to be set as specified in a Notice of Hearing that will be mailed to the above address;
2. to be present in person at any other proceeding(s) concerning the above charge(s) and to obey any notice, process, or order issued by this Court, or the Circuit Court, until either Court has disposed of all matters with respect to the bail granted;
3. to appear and begin serving jail or prison time as ordered by the disposing Court if that Court renders a judgment of guilt on the offense(s) charged and imposes a penalty of incarceration;
4. to inform the Court immediately of any change of name, address, or telephone number;
5. ☑ may ☐ may not leave the State of West Virginia without written approval by this Court;
6. not to violate any state or federal laws;
7. to have no direct or indirect physical or verbal contact with _____ in this matter; alleged victim(s)
8. to comply with the following additional condition(s) of this bail: _____

The defendant also understands and agrees that, if he or she is admitted to bail and does not fulfill the terms and conditions above, the full bail amount is subject to forfeiture and may be increased; that other penalties for violation of such terms and conditions may be imposed; and that, if the defendant fulfills the terms above, the surety will be released and the cash deposit returned, if appropriate, or the recognizance satisfied.

04/25/2016
Date

Defendant's Signature

04/25/2016
Date

Magistrate's Signature

MCRCRBA Rev. 04/2013 (*previously SCA-M105*) Criminal Bail Agreement: Cash or Recognizance     Page 1 of 2
WVSCA Approved: 04/18/2013; Docket Code(s): **MBOND / MBONI**

**EXHIBIT 21**

Case No.: 16-M19M-01110

## C. CONSENT TO APPLY DEPOSIT:

By signing below, I acknowledge that bail I have posted or secured may be subject to forfeiture if the defendant willfully fails to appear.

I ☐ agree or ☐ do not agree that the funds I have deposited may be used to cover court costs, fees, and fines if the Court renders a judgment of guilt against the defendant or the payment of court costs, fees, and fines are otherwise lawfully required.

**Other Depositor or Surety Information:**

_____
Depositor / Surety (Full Name)

_____
Address

_____
City, State, & Zip Code

_____
Phone Number(s)

XXX-XX-_____
Social Security Number

04/25/2016
Date

_____
Other Depositor or Surety Signature(s), if any

_____
Other Depositor or Surety Signature(s), if any

## D. ADMISSION TO BAIL

Accordingly, the Court hereby approves bond for the defendant and ORDERS the defendant's continued freedom or release from custody.

Acknowledged before me this 25th day of April, 2016 at 11:53 PM.
(Date and Time)

_____/s/ NPRusiler_____
Magistrate's Signature

04/25/2016
Date

_____
Defendant's Signature