# REPORT OF RESPONSE TO RESISTANCE OR AGGRESSION



| | |
|---|---|
| Dist Comm | ᏆᎯ |
| Troop Comm | QW 6/9/16 |
| Chief of Field | JMG 6-22-16 |
| Inspector | 6/2/16 |

## GENERAL INFORMATION:

| SUPERVISOR: | DETACHMENT: | DATE OF INCIDENT: | TIME OF INCIDENT: |
|---|---|---|---|
| Sergeant J. M. Walker | Charles Town | April 25, 2016 | 1628 hours |

| LOCATION OF INCIDENT: |
|---|
| Parking lot located at the intersection of First Avenue and North George Street, within Charles Town, West Virginia |

## SUBJECT INFORMATION:

| SUBJECT NAME (LAST, FIRST): | RACE/SEX: | DOB: | SS#: |
|---|---|---|---|
| Hamstead, Julie | W / F | ▮▮▮ | ▮▮▮ |

| INJURY: | TREATMENT: | SUBJECT RESISTANCE LEVEL: | WEAPON USED: | HOW USED: |
|---|---|---|---|---|
| 11 | 24 | 53 | 71, 72 | 110, 111, 112, 113 |

| SUBJECT CONTACTED BY SUPERVISOR?: IF YES, DATE AND TIME: | STATEMENT TAKEN FROM SUBJECT?: IF YES, DATE AND TIME: | SUBJECT PHOTOGRAPHED?: |
|---|---|---|
| April 25, 2016 @ 2151 hours | Subject refused | Yes |

## OFFICER(S) INVOLVED:

| NAME (LAST, FIRST): | RANK: | OFFICER PHOTOGRAPHED?: |
|---|---|---|
| Walker, Derek | Senior Trooper | Yes |

| INJURY: | TREATMENT: | LEVEL OF RESPONSE: | TYPE OF RESPONSE: | HOW USED: |
|---|---|---|---|---|
| 10 | 20 | 60, 61, 63 | 91 | 111, 112 |

| NAME (LAST, FIRST): | RANK: | OFFICER PHOTOGRAPHED?: |
|---|---|---|
| Newlin, Jason (Charles Town Police Department) | Senior Patrolman | No |

| INJURY: | TREATMENT: | LEVEL OF RESPONSE: | TYPE OF RESPONSE: | HOW USED: |
|---|---|---|---|---|
| 10 | 20 | 60, 61, 63 | 91 | 111, 112 |

| NAME (LAST, FIRST): | RANK: | OFFICER PHOTOGRAPHED?: |
|---|---|---|
| | | |

| INJURY: | TREATMENT: | LEVEL OF RESPONSE: | TYPE OF RESPONSE: | HOW USED: |
|---|---|---|---|---|
| | | | | |

## WITNESS(ES):

| NAME (LAST, FIRST): | ADDRESS: | PHONE: |
|---|---|---|
| Sigulinsky, Keith (Ranson Police Department) | 700 N. Preston Street, Ranson, WV 25438 | 304-725-2411 |
| Hedrick, Rodney | 149 Montana Road, Petersburg, WV 26847 | 304-851-7782 |
| Koppenhaver, Kyle | 120 Prides Crossing, Shenandoah Junction, WV 25442 | 304-582-0847 |

## TRANSPORTING INFORMATION:

| TRANSPORTING OFFICER (LAST, FIRST): | FROM: | TO: |
|---|---|---|
| Walker, Derek | Intersection of First Avenue and North Mildred Street, Ranson, WV | Jefferson Medical Center Ranson, WV |
| Walker, Derek | Jefferson Medical Center Ranson, WV | Charles Town Detachment Kearneysville, WV |
| Walker, Derek | Charles Town Detachment Kearneysville, WV | Jefferson County Magistrate Court Charles Town, WV |
| | | |

| INJURY | TREATMENT | SUBJECT RESISTANCE LEVEL | OFFICER'S LEVEL OF RESPONSE | SUBJECT WEAPON USED | OFFICER'S TYPE OF RESPONSE | HOW USED |
|---|---|---|---|---|---|---|
| 09 - Injury not related to Response | 20 - None | 50 - No Resistance | 60 - Physical Presence | 70 - None | 90 - None | 110 - Threatened |
| 10 - No Injury | 21 - Refused | 51 - Passive Resistance | 61 - Use of Verbal Command | 71 - Hands/Arms | 91 - Hands/Arm | 111 - Grab/Hold |
| 11 - Bruise/Abrasion | 22 - First Aid | 52 - Attempted to flee/escape | 62 - Use of Chemical Weapon Before Empty Hand Tactics | 72 - Feet | 92 - Feet | 112 - Push/Pull |
| 12 - Sprain/Strain | 23 - Paramedic/EMT | 53 - Actively resisted | 63 - Empty Hand Tactics | 73 - Feet/Leg | 93 - Feet/Leg | 113 - Strike/Hit |
| 13 - Laceration | 24 - Hospital | 54 - Actively resisted and incited bystanders | 64 - Use of Chemical Weapon After Empty Hand Tactics | 74 - Teeth | 94 - Radio | 114 - Bite |
| 14 - Bite | 25 - Personal Physician | 55 - Assaulted Officers | 65 - Use of Police Baton | 75 - Blunt Inst. | 95 - Flashlight | 115 - Throw |
| 15 - Puncture | | | 66 - Use of Lethal Force | 76 - Cutting Inst. | 96 - Baton | 116 - Slash |
| 16 - Broken Bone | | | | 77 - Rock/Bottle | 97 - K-9 | 117 - Stab |
| 17 - Internal Injury | | | | 78 - Handgun | 98 - Handgun | 118 - Discharge |
| 18 - Gunshot | | | | 79 - Rifle | 99 - Shotgun | 119 - Other |
| 19 - Other | | | | 80 - Shotgun | 100 - Chemical Agent | |
| | | | | 81 - Vehicle | 101 - Vehicle | |
| | | | | 82 - Other | 102 - Other | |
| | | | | | 103 - Rifle | |

FAXED TO PROFESSIONAL STANDARDS 746-2400 BY Sgt J M Walker   DATE/TIME April 25, 2016 @ 2330 hours   PAGES 1

PROFESSIONAL
JUN 1 3 2016
STANDARDS

**EXHIBIT 23**

TRANSMISSION VERIFICATION REPORT

```
TIME    : 04/25/2016 23:42
NAME    : WVSP MARTINSBURG
FAX     : 3042670003
TEL     : 3042670001
SER.#   : 000M0N688615
```

```
DATE,TIME        04/25  23:41
FAX NO./NAME     913047462408
DURATION         00:00:30
PAGE(S)          01
RESULT           OK
MODE             STANDARD
                 ECM
```

**West Virginia State Police**
**Troop 2 Headquarters**
**409 Industrial Boulevard**
**Kearneysville, WV 25430-2779**
**www.wvsp.gov**

**Earl Ray Tomblin**
**Governor**

**Colonel C. R. "Jay" Smithers**
**Superintendent**

June 9, 2016

THROUGH CHANNELS

Colonel C. R. "Jay" Smithers,
Superintendent
West Virginia State Police
725 Jefferson Road
South Charleston, West Virginia  25309-1698

REF: Response to Resistance or Aggression 04.25.16 involving **Senior Trooper D. R. Walker.**   Suspect(s): **Julie Hamstead** and Supervisor: **Sergeant  J. M. Walker**

Dear Sir:

I have reviewed the facts and circumstances surrounding this incident.  I concur with First Sergeant Anderson's findings that this incident was policy compliant.  All letters and documentation are attached to this correspondence.  If you require further, please advise.

Respectfully Submitted,

Captain Eric D. Widmeyer
Troop 2 Commander
West Virginia State Police
eric.d.widmeyer@wvsp.gov

**EQUAL OPPORTUNITY EMPLOYER**



### West Virginia State Police
### 14 Trooper Drive
### Martinsburg, West Virginia 25404
### (304) 267-0000
### www.wvsp.gov

**Earl Ray Tomblin**
**Governor**

**Colonel C. R. "Jay" Smithers**
**Superintendent**

June 2, 2016

Colonel C. R. "Jay" Smithers                        THROUGH CHANNELS
Superintendent
West Virginia State Police
725 Jefferson Road
South Charleston, West Virginia 25309

REF:  RTROA – Julie Ann
Hamstead.

Dear Sir:

On Monday, April 25, 2016 at approximately 1628 hours, Senior Trooper D. R. Walker responded to the intersection of North George Street and First Avenue, within the city limits of Charles Town, to assist the Charles Town Police Department with a disturbance resulting from a motor vehicle crash.  Upon arrival, an irate female identified as Julie Ann Hamstead was observed yelling at a male subject who was being interviewed by Sergeant Sigulinsky of the Ranson Police Department.  Ms. Hamstead approached Sergeant Sigulinsky from behind in an aggressive manner and was advised by Senior Trooper D. R. Walker to step back and calm down.  Ms. Hamstead became confrontational with Senior Trooper D. R. Walker and refused to comply with two(2) additional directives to step away from the officers investigating the disturbance and to calm down.  At this time, Senior Trooper D. R. Walker advised Ms. Hamstead she was being placed under arrest and to put her hands behind her back for handcuffing.  Ms. Hamstead refused and a struggle ensued.  Ms. Hamstead attempted to pull away from Senior Trooper D. R. Walker several times and had to be taken to the ground to secure her in handcuffs.

Ms. Hamstead complained of a fractured arm following the incident, but her only visible injury was a small abrasion to her left knee.  Ms. Hamstead was treated and released from Jefferson Medical center free of any cast or evidence of treatment for a fracture.  Ms. Hamstead refused to sign a release for her medical records.  Senior Trooper D. R. Walker did not sustain any injuries and no West Virginia State Police equipment was damaged as a result of this incident.

Ms. Hamstead was then transported to the Charles Town Detachment for processing, to include fingerprinting on Live Scan, and onto Jefferson County Magistrate Court to be arraigned for the charges of Disorderly Conduct, Obstructing an Officer and Destruction of Property.  Ms. Hamstead was arraigned by Magistrate Rissler and released on a $1,500.00 personal recognizance bond.

**EQUAL OPPORTUNITY EMPLOYER**

Sergeant J. M. Walker, Martinsburg Assistant Detachment Commander, was contacted to investigate the incident and has prepared the attached supervisory report. I have reviewed the report and attachments. After reviewing the information within the report, I concur with Sergeant J. M. Walker's findings that Senior Trooper D. R. Walker's actions were reasonable and policy compliant.

Respectfully submitted,

First Sergeant E. D. Anderson
Troop -2- District 1



# RESPONSE TO RESISTANCE OR AGGRESSION SUPERVISOR'S NARRATIVE

Supervisor: Sergeant J. M. Walker
Subject: Julie Ann Hamstead
Members Involved: Senior Trooper D.R. Walker
Incident Date: Monday, April 25, 2016
Narrative Date: May 4, 2016

On Monday, April 25, 2016 at approximately 1637 hours, Senior Trooper D.R. Walker contacted this officer advising he was involved in a response to resistance or aggression. Trooper Walker stated on the aforementioned date at approximately 1620 hours, he responded to a parking lot located at the intersection of First Avenue and North George Street within the incorporated limits of Charles Town in order to assist Charles Town and Ranson police units with a disturbance. Trooper Walker advised upon arrival he identified Julie Hamstead as the individual causing the disturbance and after repeated attempts to defuse Ms. Hamstead, he was required to take Ms. Hamstead into custody for disorderly conduct, obstructing an officer, and destruction of property.

Trooper Walker further advised during the attempt to take Ms. Hamstead into custody the subject was taken to the ground and as a result, Ms. Hamstead was complaining her arm was fractured. Trooper Walker indicated he would be transporting Ms. Hamstead to Jefferson Medical Center in order to be evaluated by a physician.

At approximately 2115 hours, this officer arrived at Jefferson Medical Center in order to interview Ms. Hamstead. When questioned, Ms. Hamstead stated she was unwilling to provide this officer a statement, indicating she was currently represented by an attorney (the accused's husband). With reference to signing a medical release for the purpose of releasing Ms. Hamstead's medical records for her April 25, 2016 visit to Jefferson Medical Center, Ms. Hamstead again refused to cooperate by signing a release.

This officer was later advised by Trooper Walker Ms. Hamstead's medical treatment was not consistent with the treatment needed for a broken arm. Trooper Walker also advised this officer he was informed by an unidentified employee at Jefferson Medical Center Ms. Hamstead had a possible pulled muscle in her shoulder.

Prior to departing from Jefferson Medical Center, Ms. Hamstead agreed to be photographed by this officer for the purpose of documenting her injuries. The only visual injury documented by the photographs was a small abrasion to her left knee. Attached to this report is a compact disk containing seven (7) digital images of Ms. Hamstead.

At approximately 2200 hours, Trooper Walker was photographed by this officer, which depicts no visual injuries. Attached to this report is a compact disk containing three (3) digital images of

1



# RESPONSE TO RESISTANCE OR AGGRESSION SUPERVISOR'S NARRATIVE

Supervisor: Sergeant J. M. Walker
Subject: Julie Ann Hamstead
Members Involved: Senior Trooper D.R. Walker
Incident Date: Monday, April 25, 2016
Narrative Date: May 4, 2016

Trooper Walker.

On the aforementioned date at approximately 2330 hours, this officer completed the Report of Response to Resistance or Aggression, WVSP Form #175. The document was subsequently forwarded, via facsimile, to the West Virginia State Police Professional Standards Section. A copy of the document is attached to this report.

On Tuesday, May 3, 2016, this officer received and subsequently reviewed Trooper Walker's response to resistance or aggression statement. Trooper Walker's statement indicated, on Monday, April 25, 2016 at approximately 1628 hours, he responded to a parking lot located at the intersection of First Avenue and North George Street in order to assist Ranson and Charles Town police units with a disturbance. Upon arrival, Trooper Walker learned the construction workers who were replacing sidewalks in the area had been having difficulties with a female subject, identified as Julie Hamstead, for most of the day. It was also learned prior to requesting law enforcement assistance; Ms. Hamstead had sped into the gravel parking lot, striking a work truck owned by Jefferson Asphalt, a subcontractor for the sidewalk replacement.

Trooper Walker further advised after arrival, he observed Sergeant Keith Sigulinsky, of Ranson Police Department, speaking with several males, who were providing statements. Trooper Walker also observed an irate female, identified as Julie Hamstead, approach Sergeant Sigulinsky who was speaking with witnesses, yelling they were lying.

Ms. Hamstead was immediately instructed by Trooper Walker to back away from the group, which she complied temporarily. Moments later, Ms. Hamstead again approached the group in an irate manner and when Trooper Walker instructed the subject to return to his location, Ms. Hamstead walked toward Trooper Walker with her arms out and fists clinched stating "come on, put the cuff's on me." Ms. Hamstead then turned away from Trooper Walker and started to approach the group again, at which time Trooper Walker advised Ms. Hamstead she was under arrest and she needed to place her hands behind her back. Ms. Hamstead failed to comply; therefore, Trooper Walker grabbed the subject's left arm in order to gain control of her. Ms. Hamstead immediately attempted to pull away from Trooper Walker by attempting to strike his hand. Ms. Hamstead was then placed against a nearby truck by Trooper Walker in an attempt gain control of the subject. Once against the vehicle, Ms. Hamstead continued to resist Trooper Walker, which resulted in Trooper Walker

2



# RESPONSE TO RESISTANCE OR AGGRESSION SUPERVISOR'S NARRATIVE

Supervisor: Sergeant J. M. Walker
Subject: Julie Ann Hamstead
Members Involved: Senior Trooper D.R. Walker
Incident Date: Monday, April 25, 2016
Narrative Date: May 4, 2016

placing Ms. Hamstead on the ground in order to affect the arrest.

After placing Ms. Hamstead into custody, the subject started complaining her left arm was broken. Trooper Walker also indicated once Ms. Hamstead was placed inside Trooper Walker's cruiser, the subject proceeded to bang her head against the cruiser's door glass several times.

Due to Ms. Hamstead's complaint of injury, the subject was transported by Trooper Walker to Jefferson Medical Center in order to be evaluated by a physician. Trooper Walker indicated upon arrival at Jefferson Medical Center, the subject walked in without assistance, creating a disturbance as she entered the hospital. Trooper Walker also indicated while at Jefferson Medical Center, Ms. Hamstead repeatedly requested to be admitted, in what appeared to be an attempt to avoid going to the Eastern Regional Jail.

At approximately 2243 hours, Ms. Hamstead was released from Jefferson Medical Center and transported to the Charles Town Detachment for processing.

At approximately 2341 hours, at the direction of Magistrate Rissler, Ms. Hamstead was transported to Jefferson County Magistrate Court where she was arraigned before Magistrate Rissler on the charges of disorderly conduct, obstructing an officer, and destruction of property. Ms. Hamstead was subsequently released on a $1,500 personal recognizance bond. Trooper Walker's signed statement is attached to this report.

On the aforementioned date, this officer received and subsequently reviewed Charles Town Patrolman J.W. Newlin's signed statement. Officer Newlin stated on Monday, April 25, 2016 at approximately 1620 hours, he responded to a disturbance in a gravel parking lot located off of East First Avenue. Officer Newlin indicated upon arrival, workers for the West Virginia Department of Highways advised a female, identified as Ms. Hamstead, was at the construction site earlier in the day complaining about sidewalk construction in front of her business. The Department of Highway employees further advised prior to finishing work for the day, Ms. Hamstead sped into the parking lot at a high rate of speed and struck a Department of Highways vehicle, which was parked.

Officer Newlin indicated the entire time he was speaking with the Department of Highway

3



# RESPONSE TO RESISTANCE OR AGGRESSION SUPERVISOR'S NARRATIVE

Supervisor: Sergeant J. M. Walker
Subject: Julie Ann Hamstead
Members Involved: Senior Trooper D.R. Walker
Incident Date: Monday, April 25, 2016
Narrative Date: May 4, 2016

employees, Ms. Hamstead yelled loudly, which prevented them from having an opportunity to speak. Ms. Hamstead was subsequently separated from the Department of Highway employees by Officer Newlin and left to speak with Trooper Walker while he attempted to interview the Department of Highway employees.

Officer Newlin advised he observed Trooper Walker instruct Ms. Hamstead several times to stop yelling and remain with him. However, Ms. Hamstead refused to acknowledge Trooper Walker's instruction. Officer Newlin indicated he later witnessed Trooper Walker holding Ms. Hamstead's right arm in an attempt to keep the subject from approaching the Department of Highway employees and that was when he witnessed Ms. Hamstead make a motion toward Trooper Walker in what appeared to be an attempt to strike Trooper Walker's arm.

Officer Newlin stated after Trooper Walker advised Ms. Hamstead she was under arrest, the subject refused to comply and continued to resist. Trooper Walker attempted to restrain Ms. Hamstead by pushing her against a vehicle. However, Trooper Walker continued to have difficulties with Ms. Hamstead so she was placed on the ground by Trooper Walker in an attempt to gain control of the subject.

Once on the ground, Ms. Hamstead continued to resist Trooper Walker by keeping her right hand under her body, effectively preventing Trooper Walker from handcuffing the subject. Officer Newlin indicated he reached down and applied pressure to Ms. Hamstead's right shoulder in order to facilitate the cuffing of Ms. Hamstead. Officer Newlin's signed statement is attached to this report.

On the aforementioned date, this officer received and subsequently reviewed Ranson's Sergeant Keith Sigulinsky's signed statement. After reviewing Sergeant Sigulinsky's statement, this officer concluded the officer was not involved in the response to resistance or aggression. With reference to the events described in Sergeant Sigulinsky's statement, the events correlated in all material aspects with the events previously outlined in this report. Sergeant Sigulinsky's signed statement is attached to this report.

On Wednesday, May 4, 2016 at 1300 hours, this officer obtained a signed statement from Rodney Hedrick, which outlined the events he witnessed on Monday, April 25, 2016. Mr.

4



# RESPONSE TO RESISTANCE OR AGGRESSION SUPERVISOR'S NARRATIVE

Supervisor: Sergeant J. M. Walker
Subject: Julie Ann Hamstead
Members Involved: Senior Trooper D.R. Walker
Incident Date: Monday, April 25, 2016
Narrative Date: May 4, 2016

Hedrick's statement correlated the events previously outlined in this report in all material aspects. When questioned, Mr. Hedrick stated Trooper Walker acted in a professional manner while dealing with Ms. Hamstead.

On the aforementioned date at 1327 hours, this officer obtained a signed statement from Kyle Koppenhaver, which outlined the events he witnessed on Monday, April 25, 2016. Mr. Koppenhaver's statement correlated the events previously outlined in this report in all material aspects. The only discrepancy noted in Mr. Koppenhaver's statement was the fact he did not believe Officer Newlin assisted in the arrest of Ms. Hamstead. When questioned, Mr. Koppenhaver also agreed Trooper Walker acted in a professional manner while dealing with Ms. Hamstead.

A CAD report of the incident, which was provided by Romney Communications did not identify any material discrepancies with what was previously outlined in this report.

Trooper Walker was not injured and no State Police property was damaged during this incident.

This incident was not captured on Trooper Walker's in-car camera system due to him not having his emergency lights activated, nor did the incident take place in a position which would have been in view of same.

At the completion of this review, this officer found Senior Trooper D.R. Walker's response to resistance or aggression was reasonable and appropriate. This officer also found Trooper Walker was in compliance with policy with reference to this response to resistance or aggression.

Sergeant J. M. Walker
Martinsburg Detachment
Troop -2-, District -1-

5

# RESPONSE TO RESISTANCE OR AGGRESSION
# OFFICER'S STATEMENT

Statement of Member: Sr. Trooper D. R. Walker
Supervisor: Sergeant J. M. Walker
Member(s) Involved:  Sr. Trooper D. R. Walker
Incident Date: April 25, 2016
Statement Date / Time: May 3, 2016 @ 1500 hours

On Monday, April 25, 2016, at approximately 1626 hours, Sr. Trooper Walker overheard radio traffic advising of an active disturbance within the incorporated limits of Charles Town.  The location of the disturbance was further described as the American Public University parking lot, located at the intersection of North George Street and First Avenue.

At approximately 1628 hours, Sr. Trooper Walker arrived on scene along with Officer J.W. Newlin of the Charles Town Police Department. Sr. Trooper Walker observed Sergeant Sigulinsky, of the Ranson Police Department, on scene speaking with several male subjects that appeared to have been working on the roadway.  A female, later identified as Julie Hamstead, was also observed, who appeared to be irate, yelling at the male who was speaking with Sergeant Sigulinski, stating he was lying.

The male speaking with Sgt. Sigulinsky was advising Ms. Hamstead had been causing a disturbance for quite some time during the day, stating the subject had threatened to lie down on the sidewalk in an attempt to keep the men from pouring concrete the following morning. The male further stated prior to calling law enforcement, Ms. Hamstead was observed speeding through the parking lot prior to striking their work truck.

Due to Ms. Hamstead's continued interruptions, Sr. Trooper Walker instructed Ms. Hamstead to back away from them and walk to his location, approximately ten (10) feet away. The suspect began yelling at Sr. Trooper Walker, but complied with the order for a short time until the male began speaking to Sgt. Sigulinsky again.

The suspect again approached Sgt. Sigulinsky from behind, yelling that the male was lying, creating a disturbance. When Sr. Trooper Walker directed the suspect to stay quiet and stand beside him, Ms. Hamstead became confrontational by stating "this is a free country, I can say what I want". Ms. Hamstead then extended both of her arms out with closed fists, stating "come on! Put the cuffs on!" Sr. Trooper Walker instructed the suspect to stay calm and remain quiet so that Sgt. Sigulinsky and Officer Newlin could speak with the multiple males who were giving their statements.

The suspect then made an un-articulable comment before approaching Officer Newlin and Sgt. Sigulinsky from behind, at which time Sr. Trooper Walker advised the subject she was under arrest and directed the suspect to place her hands behind her back. In an attempt to gain control of the subject, Sr. Trooper Walker grabbed her left arm, at which time Ms. Hamstead tried to pull away by



# RESPONSE TO RESISTANCE OR AGGRESSION
## OFFICER'S STATEMENT

Statement of Member: Sr. Trooper D. R. Walker
Supervisor: Sergeant J. M. Walker
Member(s) Involved: Sr. Trooper D. R. Walker
Incident Date: April 25, 2016
Statement Date / Time: May 3, 2016 @ 1500 hours

attempting to slap Sr. Trooper Walker's hand away. Sr. Trooper Walker then placed Ms. Hamstead against a nearby truck in order to gain control of the subject, while instructing her to place her hands behind her back. Ms. Hamstead subsequently turned toward Sr. Trooper Walker and attempted to pull away from him again, at which point Sr. Trooper Walker placed the suspect on the ground. While Sr. Trooper Walker was attempting to handcuff the subject, Ms. Hamstead was actively resisting Sr. Trooper Walker while yelling he had broken her arm. Moments later, Ms. Hamstead became calm and tried to barter with Sr. Trooper Walker, asking him to let her left arm go so she could place her right arm behind her back. Sr. Trooper Walker advised the suspect the request was not an option, directing her to place her right arm behind her back. Ms. Hamstead then stopped yelling and began asking for someone to call her husband. Ms. Hamstead then placed her right hand behind her back, allowing the subject to be taken into custody without further incident.

Sr. Trooper Walker double locked the handcuffs and assisted the suspect to a seated position at which time she stated she could not get up. Sr. Trooper Walker then assisted Ms. Hamstead to her feet and walked her to his cruiser. Prior to reaching Sr. Trooper Walker's cruiser, the suspect became extremely irate yelling her arm was broken. After securing Ms. Hamstead inside the cruiser, the suspect banged her head against Sr. Trooper Walker's rear passenger cruiser window several times while screaming.

Prior to departing from the scene, Trooper Walker photographed the damage to the work truck as well as obtained statements from the workers who witnessed the destruction of property incident.

At approximately 1644 hours, Sr. Trooper Walker transported Ms. Hamstead to Jefferson Medical Center in order to be medically assessed. Upon entering JMC, under her own power, the subject became irate by yelling Sr. Trooper Walker was escorting her and she had a broken arm. Ms. Hamstead was advised by Sr. Trooper Walker to stop yelling because several staff members were on the phone. The subject continued to yell and only stopped after Sr. Trooper Walker let go of her arm. Ms. Hamstead then continued to walk toward the room prepared by the staff for her, while turning her head to make comments advising Sr. Trooper Walker had beaten her for trying to listen to a conversation. Throughout the time spent at JMC, Ms. Hamstead stated she did not want to go to jail and continuously requested to be admitted to the hospital so she did not have to go to jail.

At approximately 2245 hours, Sr. Trooper Walker transported the suspect to the West Virginia State Police Barracks in Kearneysville for processing. A criminal complaint was subsequently prepared,



# RESPONSE TO RESISTANCE OR AGGRESSION
## OFFICER'S STATEMENT

Statement of Member: Sr. Trooper D. R. Walker
Supervisor: Sergeant J. M. Walker
Member(s) Involved:   Sr. Trooper D. R. Walker
Incident Date: April 25, 2016
Statement Date / Time: May 3, 2016 @ 1500 hours

charging Ms. Hamstead with disorderly conduct, obstructing an officer, and destruction of property. Per the direction of Magistrate Rissler, Ms. Hamstead was transported to the Jefferson County Magistrate Court for arraignment.  Ms. Hamstead was subsequently arraigned before Magistrate Rissler, where she was released on a $1,500 personal recognizance bond.

This incident remains under investigation by Sr. Trooper Walker.

Sr. Trooper Walker was not injured during this incident and no State Police property was damaged.

Sr. Trooper D. R. Walker
Charles Town Detachment,
Troop -2-, District -1-

# RESPONSE TO RESISTANCE OR AGGRESSION OFFICER'S STATEMENT

Statement from: Senior Patrolman J.W. Newlin Charles Town Police Department
Supervisor: Sergeant J.M. Walker
Member Involved: Senior Trooper D.R. Walker
Incident Date: April 25, 2016
Statement Date / Time: May 2, 2016 @ 1900 hours

**Statement of Senior Patrolman J. W. Newlin**

On Monday, April 25, 2016, at approximately 1620 hours, units from the Charles Town Police department and Ranson Police Department were dispatched to a disturbance near East First Ave. During the initial dispatch, there was some confusion about the actual location. Trooper Walker with the West Virginia State Police was on Mildred Street in Ranson and advised since he was in the area, he would respond.

Upon checking the area, it was determined that the actual location of the disturbance was in a gravel parking lot off of East First Ave. Upon arrival, I was advised by workers from the West Virginia Department of Highways that there was a female on scene earlier in the day that was complaining about the construction of a new sidewalk in front of some property she owns. DOH advised her that she needed to speak to the City of Charles Town about the sidewalk and that they had nothing to do with it. According to the DOH workers, the female was not happy with this answer and yelled while using profanities at the workers, and then left the area.

The DOH worker advised that they were finishing work for the day and one truck that was in the parking lot was loaded up and getting ready to leave. The DOH worker advised that at this time, the female came out of nowhere flying into parking lot at a high rate of speed in her vehicle and struck a DOH vehicle that was not moving. This was confirmed by the tire tracks in the gravel that lead to the female's car. The entire time that I was speaking to the DOH worker, the female was very loud, yelling and would not allow the DOH worker to speak without attempting to start an argument with him.

Based on that, I separated the parties and took the DOH worker away from the scene. Cpl. Sigulinsky stayed back between the parties and Trooper Walker stayed with the female. During the course of my conservation with the male, I could hear the female yelling at us. Trooper Walker had told her on several occasions to stop talking and to stay with him. The female failed to listen to anything that she was told by Trooper Walker all the while still being very loud and disorderly.

Just as I was finishing talking to the DOH worker, I heard the female begin to yell even louder and I also heard Trooper Walker telling her to stay with him. I looked around and saw that Trooper Walker had a hold of her right arm, and the female trying to walk toward us. Trooper Walker again told her to stop and she refused. At that time, I observed the female make



# RESPONSE TO RESISTANCE OR AGGRESSION OFFICER'S STATEMENT

Statement from: Senior Patrolman J.W. Newlin Charles Town Police Department
Supervisor: Sergeant J.M. Walker
Member Involved: Senior Trooper D.R. Walker
Incident Date: April 25, 2016
Statement Date / Time: May 2, 2016 @ 1900 hours

a motion towards Trooper Walker like she was smacking at his arm trying to break free of him. Trooper Walker advised the female that she was under arrest and still the female resisted the effort of Trooper Walker to the point that she had to be restrained up against a vehicle. During the course of trying to make the arrest, the female still resisted by trying to pull away and yelling. The female was eventual placed on the ground by Trooper Walker. While on the ground, the female continued to resist by placing her hands under her body. Trooper Walker was able to gain control of her left arm and apply the handcuff but the female still had her right arm under her. The female was flopping around and rolling back and forth, therefore, I leaned down and applied pressure to the right shoulder long enough for Trooper Walker to get the right arm cuffed. The female was helped to her feet where she still continued to yell and was placed into the back of Trooper Walkers patrol vehicle.

While in the back of Trooper Walker's patrol vehicle, the female continued to yell and complain of an injured arm. After being in the vehicle for several minutes, I heard what appeared to be a banging noise and observed the female moving her head from side to side. I stayed on scene to obtain written statements from the various witnesses while Trooper Walker escorted the female to Jefferson Medical Center for an evaluation. At approximately 1717 hours, I delivered all statements to Trooper Walker and cleared the scene.


/s/ JW Newlin #112
Senior Patrolman J. W. Newlin #112
Charles Town Police Department



# City of Charles Town

## Senior Patrolman J.W. Newlin

114 West Liberty Street, Charles Town, WV 25414
Phone: (304) 725-2714 ♦ Fax: (304) 725-6753 ♦ Web:
Chief of Police Christopher Kutcher

Action Taken

On Monday April 25, 2016 at approximately 1620 hours, units from the Charles Town Police department and Ranson Police Department were dispatched to a disturbance near East First Ave. During the initial dispatch, there was some confusion about the actual location. Trooper Walker with the West Virginia State Police was on Mildred Street in Ranson and advised since he was in the area, he would respond.

Upon checking the area, it was determined that the actual location of the disturbance was in a gravel parking lot off of East First Ave. Upon arrival, I was advised by workers from the West Virginia Department of Highways that there was a female on scene earlier in the day that was complaining about the construction of a new sidewalk in front of some property that she owns. DOH advised her that she needed to speak to the City of Charles Town about the sidewalk and that they had nothing to do with it. According to the DOH workers, the female was not happy with this answer and yelled while using profanities at the workers, and then left the area.

The DOH worker advised that they were finishing work for the day and one truck that was in the parking lot was loaded up and getting ready to leave. The DOH worker advised that at this time, the female came out of nowhere flying into the parking lot at a high rate of speed in her vehicle and struck a DOH vehicle that was not moving. This was confirmed by the tires tracks in the gravel that lead to the female's car. The entire time that I was speaking to the DOH worker, the female was very loud, yelling and would not allow the DOH worker to speak without attempting to start an argument with him.

Based on that, I separated the parties and took the DOH worker away from the scene. Cpl. Sigulinsky stayed back between the parties and Trooper Walker stayed with the female. During the course of my conversation with the male, I could hear the female yelling at us. Trooper Walker had told her on several occasions to stop talking and to stay with him. The female failed to listen to anything that she was told by Trooper Walker all the while still being very loud and disorderly.

Just as I was finishing talking to the DOH worker, I heard the female begin to yell even louder and I also heard Trooper Walker telling her to stay with him. I looked around and saw that Trooper Walker had a hold of her right arm, and the female trying to walk towards us. Trooper Walker again told her to stop and she refused. At that time, I observed the female make a motion towards Trooper Walker like she was smacking at his arm trying to break free of him. Trooper Walker advised the female that she was under arrest and still the female resisted the efforts of Trooper Walker to the point that she had to be restrained up against a vehicle. During the course of trying to make the arrest, the female still resisted by trying to pull away and yelling. The female was eventual placed on the ground by Trooper Walker. While on the ground, the female continued to resist by placing her hands under her body. Trooper Walker was able to gain control of her left arm and apply the handcuff but the female still had her right arm under her. The female was

flopping around and rolling back and forth, therefore, I leaned down and applied pressure to the right shoulder long enough for Trooper Walker to get the right arm cuffed. The female was helped to her feet where she still continued to yell and was placed into the back of Trooper Walkers patrol vehicle.

While in the back of Trooper Walkers patrol vehicle, the female continued to yell and complain of an injured arm. After being in the vehicle for several minutes, I heard what appeared to be a banging noise and observed the female moving her head from side to side. I stayed on scene to obtain written statements from the various witnesses while Trooper Walker escorted the female to Jefferson Medical Center for an evaluation. At approximately 1717 hours, I delivered all statements to Trooper Walker and cleared the scene.

Senior Patrolman J.W. Newlin #112
Charles Town Police Department

# RESPONSE TO RESISTANCE OR AGGRESSION OFFICER'S STATEMENT

Statement from: Sergeant Keith Sigulinsky Ranson Police Department
Supervisor: Sergeant J.M. Walker
Member Involved: Senior Trooper D.R. Walker
Incident Date: April 25, 2016
Statement Date / Time: May 2, 2016 @ 1900 hours

## Statement of Sgt. Keith Sigulinsky, April 25, 2016

On April 25th, 2016, at approximately 16:30 hours, this officer responded to a disturbance in the area of S. Fairfax Blvd and North George St. Upon arrival this officer was approached by a female, later identified as Mrs. Julie Hamstead. Mrs. Hamstead stated that she has owned her business on this street for years and these people are tearing up her sidewalk and taking her parking spaces. She went on to say, when she tried to leave they struck her vehicle with their truck. At that time Trooper Walker and Officer Newlin arrived on the scene. This officer advised Mrs. Hamstead to wait with Trooper Walker. I then walked about 30 feet over to speak to the construction workers and investigate the vehicle damage. The construction truck did not appear to have been moved. As for Mrs. Hamsteads vehicle, you could see the tracks left in the gravel where she had drove through the parking lot and appeared to have struck the driver's side of her vehicle on the passenger side front fender of the construction vehicle.

When speaking to several of the construction workers about the incident I heard Mrs. Hamstead yelling. I then heard Trooper Walker say "mam you need to stay here, mam you need to stay here". Trooper Walker repeated himself several times. I then heard Mrs. Hamstead say you will just have to get me. I immediately turned around as Trooper Walker was grabbing Mrs. Hamstead by the arm as she ran into me. Mrs. Hamstead started screaming and yelling and flinging her arms around. Trooper Walker told her to put her hands behind her back. She refused and continued to scream and fling her arms around to avoid being handcuffed. At some point Mrs. Hamstead ended up on the ground, still screaming and now kicking her feet. After a few seconds Trooper Walker was about to get Mrs. Hamstead into handcuffs and placed her in his vehicle without further incident.

Sgt. Keith Sigulinsky

Action Taken April 25th 2016

Trooper Walker Arrest of Julie Hamstead

On April 25th, 2016at approximately 16:30 hours, this officer responded to a disturbance in the area of S. Fairfax Blvd and North George St. Upon arrival this officer was approached by a female, later identified as, Mrs. Julie Hamstead. Mrs. Hamstead stated that she has owned her business on this street for years and these people are tearing up her sidewalk and taking her parking spaces. She went on to say, when she tried to leave they struck her vehicle with their truck. At that time Trooper Walker and Officer Newlin arrived on the scene. This officer advised Mrs. Hamstead to wait with Trooper Walker. I then walked about 30 feet over to speak to the construction workers and investigate the vehicle damage. The construction truck did not appear to have been moved. As for Mrs. Hamsteads vehicle, you could see the tracks left in the gravel where she had drove through the parking lot and appeared to have struck the driver's side of her vehicle on the passenger side front fender of the construction vehicle.

While speaking to several of the construction workers about the incident I heard Mrs. Hamstead yelling. I then heard Trooper Walker say "mam you need to stay here, mam you need to stay here", Trooper walker repeated himself several times, I then heard Mrs. Hamstead say you will just have to get me. I immediately turned around as Trooper Walker was grabbing Mrs. Hamstead by the arm as she ran into me. Mrs. Hamstead started screaming and yelling and flinging her arms around. Trooper Walker told her to put her hands behind her back. She refused and continued to scream and fling her arms around to avoid being handcuffed. At some point Mrs. Hamstead ended up on the ground, still screaming and now kicking her feet. After a few seconds Trooper Walker was about to get Mrs. Hamstead into handcuffs and placed her in his vehicle without further incident.

Sgt. Keith Sigulinsky



# RESPONSE TO RESISTANCE OR AGGRESSION STATEMENT

Statement from:      Kyle Koppenhaver
Supervisor:          Sergeant J. M. Walker
Member Involved:     Senior Trooper D. R. Walker
Incident Date:       April 25, 2016
Statement Date/Time: May 4, 2016 @ 1327 hours

**Statement of Kyle Reed Koppenhaver, DOB███████, taken at the Martinsburg Detachment on Wednesday, May 4, 2016, at 1327 hours by Sgt. J. M. Walker**

Q. What can you tell me about the incident in Charles Town on April 25, 2016, which involved a State Trooper?

A. I was called out to the project because they had been having problem with a lady, Ms. Hamstead. When I attempted to speak with her, she was irate and would not communicate with me. Approximately 30 minutes later Ms. Hamstead came flying into the parking lot and struck a Jefferson Asphalt truck which was parked. Jefferson Asphalt is the sidewalk contractor. After striking the truck, 911 was called. Ranson City showed first, followed by Charles Town and then the State Trooper. While the city officers were attempting to speak to the witnesses, the lady kept yelling and preventing the officers from speaking to the witnesses.

  /s/ Kyle Koppenhaver

The Trooper tried to calm Ms. Hamstead several times. The last time the lady started going over to the witnesses and that was when he grabbed Mr. Hamstead's arm to prevent her from leaving. Ms. Hamstead subsequently attempted to push the Trooper's hand and that was when he pushed her against a truck. The subject continued to resist and that was when the Trooper took her to the ground so he could gain control of the subject.

Q. Did anyone else assist in the arrest of Ms. Hamstead?

A. I don't think anyone else assisted.

Q. Do you think the Trooper acted in a professional manner?

A. 100 %, Yes.



# RESPONSE TO RESISTANCE OR AGGRESSION STATEMENT

Statement from:      Kyle Koppenhaver
Supervisor:          Sergeant J. M. Walker
Member Involved:     Senior Trooper D. R. Walker
Incident Date:       April 25, 2016
Statement Date/Time: May 4, 2016 @ 1327 hours

Q.  Did you see the Trooper strike Ms. Hamstead?

A.  No.

/s/ Kyle Koppenhaver

Statement of Kyle Reed Keppenhaver DOB ███████
Taken at the Martinsburg Detachment on Wednesday,
May 4, 2016 at 1327 hous, by Sgt. J. M. Walker

Q What can you tell me about the incident
in Charles Town on April 25, 2016, which
involved a State Trooper.

A I was called out to the project because
they had been having problem with
a lady, Ms Hanshad. When I attempted to
speak with her, she was irate and would
not communicate with me.

Approximately 30 minutes later Ms. Hanshead came
flying into the parking lot and struck a
Jefferson Asphalt truck, which was parked. Jefferson
Asphalt is the sidewalk contractor. After striking
the truck, 911 was called.

Ranson City showed first, followed by Charles
Town and then the State Trooper. While
the city officer were attempting to speak to
the witnesses, the lady kept yelling and
preventing the officers from speaking to the
witnesses.

The Trooper Tried To Calm Ms. Hanstead
Several Times. The last Time, The lady
started going over to the witnesses, and
That was when he grabbed MS. Hanstead's arm
To prevent her from leaving. Ms Hanstead
Subsequently attempted To push The Trooper's
hand and that was when he pushed
her against a Truck.

The subject continued to resist And That
was when The Trooper took her To
The ground so he could gain control
Of the subject.

Q Did anyone else assist in The Arrest of
Ms Hanstead?

A I don't think anyone else assisted.

Q Do you Think The Trooper acted in a
proffessional manner?

A 100% yes

Q Did you see The Trooper Strike Ms.
Hanstead?

A No

# RESPONSE TO RESISTANCE OR AGGRESSION STATEMENT

Statement from:        Rodney Hedrick
Supervisor:            Sergeant J. M. Walker
Member Involved:       Senior Trooper D. R. Walker
Incident Date:         April 25, 2016
Statement Date/Time: May 4, 2016 @ 1300 hours

**Statement of Rodney Dean Hedrick, DOB███████ taken at the Martinsburg Detachment on Wednesday, May 4, 2016, at 1300 hours by Sgt. J. M. Walker**

Q. What can you tell me about the incident that occurred in Charles Town on April 25, 2016, involving a State Trooper?

A. The incident occurred in a parking lot across from McKinney's Towing. We had been having problem with a lady, Julie Hamstead, all day. She was upset with sidewalk construction in front of her property because it was eliminating parking spaces. Prior to the incident, Ms. Hamstead came flying into the parking lot and struck a Jefferson Asphalt truck the contractor for the sidewalk construction. After the incident someone called 911 and a Ranson unit was first to arrive. Moments later a Charles Town officer arrived, followed by a State Trooper.

   /s/ Rodney D. Hedrick

   While the Charles Town officer was speaking to the witnesses, Ms. Hamstead was acting irate, preventing the witnesses from speaking to the Charles Town officer. Trooper Walker tried to settle Ms. Hamstead several times and after the third time Trooper Walker grabbed Ms. Hamstead's arm in an attempt to pull her away from the witnesses. When the Trooper grabbed Ms. Hamstead's arm, she turned and slapped the Trooper's arm. After Ms. Hamstead struck the Trooper, the Trooper attempted to arrest the subject, which she failed to comply to the Trooper's orders. The female actively resisted the Trooper, resulting in the subject being taken to the ground, where she was handcuffed.

Q. Was anyone else involved in the arrest of Ms. Hamstead?

A. Once on the ground the Charles Town unit came over and assisted with getting the subject's hand behind her back.

   /s/ Rodney D. Hedrick

Q. Did you see the Trooper strike the lady?

A. No, there was no striking; it was just hands on, just trying to keep her under control. After the lady was secured in the Trooper's cruiser, I observed the lady's husband come up to the

# RESPONSE TO RESISTANCE OR AGGRESSION STATEMENT

Statement from:      Rodney Hedrick
Supervisor:          Sergeant J. M. Walker
Member Involved:     Senior Trooper D. R. Walker
Incident Date:       April 25, 2016
Statement Date/Time: May 4, 2016 @ 1300 hours

vehicle and ask what she was thinking.

Q. Do you believe the Trooper acted in a professional manner?

A. Oh yes, for her actions, very professional.

/s/ Rodney D. Hedrick

Statement of Rodney Dean Hedrick DOB ▮
Taken at the Martinsburg Detachment on
Wednesday, May 4, 2016 at 1300 hours, by
Sgt J.M. Walker

Q   What can you tell me about the
"incident that occurred ~~at~~ in Charles Town
on April 25, 2016, Involving a State
Trooper.

A   The incident occurred in a parking lot
Accross from Mckenny's Towing. We had been
having problem with a lady, Julie Haastead all
day. She was upset with sidewalk construction
in front of her property because it was eliminating
parking spaces.

Prior to the incident, Ms. Haastedd came flying
into the parking lot and struck a Jefferson
Asphalt Truck, the ~~sub~~contractor for the sidewalk
Construction.

Afte the Incident someone called 911 and
a Ranson unit was first to arrive. Moments
later a Charles Town office arrived, followed by
a State Trooper.

*Rodney D. Hedrick*

page 2 of 3

While The Charles Town Office was speaking to the witnesses, Ms. Hanstead was acting irrate, preventing the witnesses from speaking to The Charles Town Office.

Trooper Walker tried to settle Ms Hanstead several time and after the Third Time Trooper Walker grabbed Ms Hanstead's Arm In an attempt to pull her away from the witnesses. When the Trooper grabbed Ms. Hanstead's Arm, she turned and slapped The Trooper's Arm.

After Ms. Hanstead struck the Trooper, The Trooper attempted to arrest the subject, which she failed to comply to the Trooper's Orders. The female actively resisted the Trooper, resulting in the subject being Taken to the ground, where she was handcuffed.

Q Was anyone else involved in the arrest of Ms Hanstead?
A Once on the ground the Charles Town unit came over and assisted with getting the subject's hand behind her back

Rodney A Bledsoe

Page 3 of 3

Q  Did you see the Trooper strik the Lady?
A  No, there was no striking, it was just hands on, just trying to keep her under control.

   After the lady was secured in the Trooper's cruiser, I observed the Lady's husband come up to the vehicle and ask her what she was thinking.

Q  Do you believe the Trooper acted in a professional manner?
A  Oh yes, for her actions, very professional.

E-FILED | 12/4/2017 2:55 PM
CC-19-2017-M-AP-6
Jefferson County Circuit Clerk
Laura Storm











