## IN THE MAGISTRATE COURT OF JEFFERSON COUNTY, WEST VIRGINIA

Case ID: 16-M19M-01110 (WS)

**State of West Virginia**

v.

**Julie Ann Hamstead**
507 S Fairfax Blvd
Charles Town, WV 25414

SSN:   DOB:
DL Number:   DL State:

### CRIMINAL JUDGMENT ORDER

Judgment of **Guilty Verdict** for 1 count of **61-06-01b(a): Disorderly conduct; penalty.** Violation date of 04/25/2016.

Assessed amounts for charge listed above are Fine: **$34.75** Costs and Fees: **$165.25** Restitution: **$0.00**

Disposition Trial Type: **Bench Trial.**

Total Case balance of **$400.00** due by **05/14/2018**.
Hereby ORDERED and ADJUDGED on this the ___14___ day of ___November___, 20_17_.

_____
William E. Senseney, Magistrate

------------------------ **CERTIFICATION BY CLERK** (For Court Use Only) ------------------------

16-M19M-01110 Chrg: 1 - 61-06-01b(a)

I_____, hereby certify the above is a true and correct record of the Judgment in this proceeding filed in my office.

Given under my hand on the _____ day of _____, 20____.

Seal

_____
Magistrate Court Clerk

# IN THE MAGISTRATE COURT OF JEFFERSON COUNTY, WEST VIRGINIA

Case ID: 16-M19M-01110 (WS)

**State of West Virginia**

v.

**Julie Ann Hamstead**
507 S Fairfax Blvd
Charles Town, WV 25414

SSN:  DOB:

DL Number:  DL State:

## CRIMINAL JUDGMENT ORDER

Judgment of **Guilty Verdict** for 1 count of **61-05-17(a): Obstructing officer; penalties; definitions.** Violation date of **04/25/2016**.

Assessed amounts for charge listed above are Fine: **$34.75** Costs and Fees: **$165.25** Restitution: **$0.00**

Disposition Trial Type: **Bench Trial**.

Total Case balance of **$400.00** due by **05/14/2018**.

Hereby **ORDERED** and **ADJUDGED** on this the ___14___ day of __November__, 20_17_.

William E. Senseney, Magistrate

------- **CERTIFICATION BY CLERK** (For Court Use Only) -------

16-M19M-01110 Chrg 2 - 61-05-17(a)

I _____, hereby certify the above is a true and correct record of the Judgment in this proceeding filed in my office.

Given under my hand on the _____ day of _____, 20____.

Seal

_____
Magistrate Court Clerk

# IN THE MAGISTRATE COURT OF JEFFERSON COUNTY, WEST VIRGINIA

Case ID: 16-M19M-01110 (WS)

**State of West Virginia**

v.

**Julie Ann Hamstead**
507 S Fairfax Blvd
Charles Town, WV 25414

SSN:   DOB:
DL Number:   DL State:

## CRIMINAL JUDGMENT ORDER

Judgment of **Not Guilty Verdict** for 1 count of **61-03-30(a): Unlawful injury to or destruction of property.** Violation date of **04/25/2016**.

Disposition Trial Type: **Bench Trial.**

Total Case balance of **$400.00** due by .

Hereby **ORDERED** and **ADJUDGED** on this the ___14___ day of ___November___, 20_17_.

_____
William E. Senseney, Magistrate

-------------------------- **CERTIFICATION BY CLERK** (For Court Use Only) --------------------------

16-M19M-01110 Chrg 3 - 61-03-30(a)

I _____, hereby certify the above is a true and correct record of the Judgment in this proceeding filed in my office.

Given under my hand on the _____ day of _____, 20____.

Seal

_____
Magistrate Court Clerk