



**EXHIBIT 25**