## AFFIDAVIT OF LOIS WELLER

**STATE OF WEST VIRGINIA**

**COUNTY OF JEFFERSON, to wit:**

I, Lois Weller, having first been duly sworn, upon my oath do depose and state as follows:

1. That on the afternoon of April 25, 2016, I was sitting on my front porch at about 4:30 pm and noticed police cars pulling into the APU parking lot, which is across the street from my front porch.

2. That prior to these police cars pulling in, I had already been sitting on my front porch and had not observed or heard any kind of disturbance whatsoever.

3. That a little while after the police cars arrived, I heard a woman scream more than once "my arm, my arm, you're hurting my arm." The screaming was coming from the APU parking lot.

4. That I could not see exactly what was going on because my view was at an angle and partially blocked by trees and vehicles.

5. That I later noticed that the big red dump truck, which had been parked behind the small pile of gravels at the time of the above incident, had been moved forward to the place shown on the photo that's attached hereto so as to block the opening between the trees. I clearly remember this because my boyfriend and I had just commented on it and talked about how we needed gravel for our lot.

And further this affiant sayeth not.

_Lois Weller_
**LOIS WELLER**

**EXHIBIT 28**

Taken, sworn to, and subscribed before me by Lois Weller this 19th day of May, 2016.

OFFICIAL SEAL
Robin Affemann
Notary Public
State of West Virginia
My Commission Expires
June 20, 2022
207 Chatfield Drive
Shepherdstown, WV 25443

_____
Notary Public

My commission expires: 6-20-22

Affidavit of Lois Weller
2