111 W. Congress Street, Charles Town, WV 25414
Telephone: 304-724-2465 | Fax: 304-724-0901 dcasto@apus.edu | www.apus.edu

***CONFIDENTIAL INFORMATION***

This email and any attachments are intended for use only by the person or entity to which it is addressed, contain information that is confidential and may be restricted from disclosure under applicable law and may contain privileged attorney-client communications and/or attorney work product. If received in error, please be advised that any disclosure of this information is strictly prohibited, and please notify the sender by return email and delete the email (and any attachments) from your system.

From: Braun Hamstead [mailto:bhamstead@hamsteadandassociates.com]
Sent: Thursday, May 05, 2016 12:57 PM
To: Howard, Timothy; Andrew Pahl
Cc: Gunia, Michael; Stroop, Autumn
Subject: RE: Security Footage Request

Tim,

With all due respect to your policy, I believe that we are neighbors who should accommodate each other in the case in which an accident has occurred on one of our properties. Included in this case was a vehicle accident that occurred on APUS property where APUS had provided use permission to a third party contractor. A material component of the request involves a view of the front and sides of the parking lot during the subject period of time.

In these unique circumstances, I would want to believe that an institution of higher learning would respect the fact that we coexist in a democratic society greatly dependent on citizen involvement. Hopefully, APUS supports the concept that all aspects of our justice system are largely reliant on involvement of citizenry, including the involvement of corporate entities. If my eyes saw something occur that was important to APUS on my property I would provide APUS with the information. This is so even knowing that my coming forth would likely involve far more personal inconvenience than entailed in the simple request for a copy of a video that we have made of APUS. Ironically, you have made such a standing request of us and of the public at large.

"If you see something, say something.

For emergencies, dial 911.

To report non-emergency incidents, dial x5130."

000012

**EXHIBIT 29**

I also believe that if the State of West Virginia, or any police entity, were to request the video information, APUS would provide it without question. Therefore, I do not believe that it is APUS's policy to not "provide anyone outside of [y]our organization with camera footage or any security-related information."

If you find that APUS will not reconsider providing us with the footage, please preserve the video information as it will likely be the subject of a court subpoena.

Thank you.

Braun

Braun A. Hamstead

Attorney At Law

Hamstead & Associates, L.C.

113 Fairfax Blvd.,

Charles Town, WV 25414

Tel: 304-725-1468

Fax: 304-725-1321

This message is from a law firm and contains confidential information. If you are not the intended recipient, please delete this email and notify us that you received it in error. Thank you.

From: Howard, Timothy [mailto:THoward@APUS.EDU]
Sent: Monday, May 2, 2016 2:19 PM
To: Andrew Pahl <apahl@hamsteadandassociates.com>
Cc: Gunia, Michael <MGunia@APUS.EDU>; Stroop, Autumn <AStroop@APUS.EDU>; Braun Hamstead <bhamstead@hamsteadandassociates.com>
Subject: RE: Security Footage Request

000013

Andrew,

I am sorry we cannot help, but according to our policy we are unable to provide anyone outside of our organization with camera footage or any security-related information.

Thank you,

Tim Howard | Security Manager

*If you see something, say something.*

*For emergencies, dial 911.*

*To report non-emergency incidents, dial x5130.*

American Public University System
American Military University | American Public University
111 W. Congress Street, Charles Town, WV 25414

Security (non-emergency) 304-885-5130 (X5130)
T 304-728-1437 | F 304- 728-9108 | thoward@apus.edu | www.apus.edu

From: Andrew Pahl [mailto:apahl@hamsteadandassociates.com]
Sent: Monday, May 02, 2016 1:59 PM
To: Howard, Timothy
Cc: Gunia, Michael; Stroop, Autumn; Braun Hamstead
Subject: RE: Security Footage Request

Mr. Howard,

Thank you again for your quick responses and looking into the video surveillance footage. Are we able to review or purchase the footage that you do have? Although the altercation may not have been visible, or was obstructed, other factors may be relevant that were captured. Again, we can certainly compensate APUS for any expense associated with gathering or producing the footage.

000014

Thank you again for your time,

Andrew

**From:** Howard, Timothy [mailto:THoward@APUS.EDU]
**Sent:** Thursday, April 28, 2016 12:22 PM
**To:** Andrew Pahl <apahl@hamsteadandassociates.com>
**Cc:** Gunia, Michael <MGunia@APUS.EDU>; Stroop, Autumn <AStroop@APUS.EDU>
**Subject:** RE: Security Footage Request

Hello Andrew,

We checked the different camera angles we have and are unable to obtain a clear unobstructed view of the rear of the auxiliary parking lot on George Street.

Have a great day!

Tim Howard | Security Manager

*If you see something, say something.*

*For emergencies, dial 911.*

*To report non-emergency incidents, dial x5130.*

American Public University System
American Military University | American Public University
111 W. Congress Street, Charles Town, WV 25414

Security (non-emergency) 304-885-5130 (X5130)
T 304-728-1437 | F 304-728-9108 | thoward@apus.edu | www.apus.edu

000015

**From:** Andrew Pahl [mailto:apahl@hamsteadandassociates.com]
**Sent:** Wednesday, April 27, 2016 3:22 PM
**To:** Howard, Timothy
**Cc:** Gunia, Michael; Stroop, Autumn
**Subject:** RE: Security Footage Request

Mr. Howard,

A timeframe would be between 2:15pm and 4:15pm on Monday, April 25th. I believe we are thinking about the same lot; the gravel lot (around where sidewalk construction is currently occurring) on George Street across from the big 4 story building. To the best of my knowledge, the incident occurred toward the "back end" of the gravel parking lot in relation to the 4 story APUS building. It would have occurred on or around some construction equipment. Again, to the best of my knowledge, the incident began when a dump truck backed into (or pulled into) a Honda Pilot, the police showed up several minutes later.

Please don't hesitate to call or ask if you have any more questions. I appreciate your help.

Sincerely,
Andrew

**From:** Howard, Timothy [mailto:THoward@APUS.EDU]
**Sent:** Wednesday, April 27, 2016 3:13 PM
**To:** Andrew Pahl <apahl@hamsteadandassociates.com>
**Cc:** Gunia, Michael <MGunia@APUS.EDU>; Stroop, Autumn <AStroop@APUS.EDU>
**Subject:** RE: Security Footage Request

Mr. Pahl,

Do you have any more specific information regarding the incident? Do you have a time frame and a more specific location? Are you referring to the small gravel lots across from the four-story building? We will see what we can find and let you know.

Thank you,

000016