# In the Matter of:

## JULIE ANN HAMSTEAD

vs

## FORMER TROOPER D.R. WALKER

## HOWARD, TIMOTHY

*January 16, 2020*

# Liberty Reporting

West Virginia, Virginia & Maryland

(304) 260-0670 | (301) 992-5264

**EXHIBIT 30**

1   A.   Yes.

2   Q.   So the last time you reviewed was before the
3   hearing in the Circuit Court?

4   A.   I don't remember if that was the last time I
5   reviewed -- I looked at it before and maybe after.  I
6   just don't remember when I looked at it.

7   Q.   Okay.  Who assisted you in determining the
8   times that you would -- the time of the video that you
9   recorded?  Who assisted you in that?

10  A.   The time of the video that I saved was a
11  result of Mr. Paul's e-mail.

12  Q.   Oh, from 2:15 to 4:15?

13  A.   No, there's another part of the e-mail that I
14  respond to that I saved the video on, and that's the
15  last part of his paragraph when he requested the e-mail
16  when he said I'm looking for an incident.  Now, the
17  incident occurred several minutes, I believe -- or the
18  accident occurred several minutes before the police
19  showed up.  It's in one of these e-mails; so I went back
20  several minutes before the police showed up, didn't see
21  any incident; so I went back however many minutes before
22  and said I'll just save it from here on because I don't
23  see any incident.

24  Q.   Okay.

```
1     A.    To do what?
2     Q.    To provide this on the native formate so that
3  he could -- he could access it and get it in the native
4  format?
5     A.    Yes.  I sent him the file.  I sent him what
6  was needed to do that.
7     Q.    You did?
8     A.    Yeah.
9           MR. HAMSTEAD:  I don't have any other
10      questions at this time.
11                       EXAMINATION
12  BY MR. JEFFRIES:
13    Q.    Give me a second.  Mr. Howard, I'm Mark
14  Jeffries.  I represent the defendant Trooper Walker in
15  this matter.  The videos that we've been talking about
16  here, they have a time stamp in the lower right-hand
17  corner.  Are you aware of that?
18    A.    Yes.
19    Q.    Do you know if that time stamp is synched to
20  the clocks used at the Jefferson County 9-1-1 center?
21    A.    I -- to my knowledge they are not.
22    Q.    Are you aware of any conspiracy to reenact the
23  events of April 25th, 2016 in that parking lot of APU?
24    A.    No.
```

1   MR. JEFFRIES: I have no further questions.
2                    FURTHER EXAMINATION
3   BY MR. HAMSTEAD:
4        Q.   Mr. Howard, when you say that they're not
5   synched or that the time stamps on the video are not
6   synched to 9-1-1, are you suggesting they are
7   inconsistent with it or simply that there's no
8   electronic means by which they are synched?
9        A.   That's correct.
10       Q.   That's what you mean?
11       A.   I don't know I've never called 9-1-1 to look
12  to see what the times are and we make no effort to do
13  that.
14       Q.   You don't know whether they are the same
15  realtime as 9-1-1 or not?
16       A.   That's correct.
17       Q.   The best of your knowledge and belief your
18  time stamps are realtime; is that correct?
19       A.   They are realtime with our internal servers.
20            MR. HAMSTEAD: Okay. Okay. I don't have any
21       other questions.
22            MR. RECTOR: You want to explain --
23            MR. HAMSTEAD: Go ahead. You can advise him
24       with reading and signing.