# In the Matter of:

## JULIE ANN HAMSTEAD

vs

## FORMER TROOPER D.R. WALKER

### GREENFIELD, GUY

*January 16, 2020*

**Liberty Reporting**
West Virginia, Virginia & Maryland
(304) 260-0670  |  (301) 992-5264

**EXHIBIT 31**

1  A.  Yes, go back to work.
2  Q.  Were you parked -- was your personal vehicle
3  parked there in the parking lot?
4  A.  I think it was. It almost had to be if I went
5  over there to get something to drink.
6  Q.  Did you come back later to get your car and
7  drive home?
8  A.  If that's where my truck was, absolutely.
9  Q.  Do you know about what time?
10 A.  It would have been about 4:30.
11 Q.  Did you participate in a reenactment of the
12 accident?
13 A.  No.
14 Q.  Did you hear while you were there anyone
15 discuss staging a reenactment of the accident?
16 A.  No.
17 Q.  Did you hear anyone discussing framing Ms.
18 Hamstead for the accident?
19 A.  What was that? I'm sorry.
20 Q.  Did you hear someone discussing framing
21 Ms. Hamstead for the accident --
22 A.  No.
23 Q.  Make it look like it was her fault?
24 A.  No.

1  Q.  You're laughing. Why are you laughing?
2  A.  Well, I mean, anything is possible in this
3  world. I'm not going to say that they didn't. I'm not
4  going to say that they did. I don't know. I wasn't
5  there if they did, I wasn't there involved in it. If
6  they didn't, I wasn't there, not being involved in it.
7  Q.  You said that Mr. DeGrave told you that he hit
8  Ms. Hamstead's car. Did you ever contact the State
9  Police or Trooper Walker or any police officers to tell
10 them that?
11 A.  Well, no. Didn't know I had to because I
12 figured it was all going to be taken care of after the
13 cops got there.
14 Q.  On this other incident in the Aldi's parking
15 lot, you were talking about where Mr. Morris hit the
16 lady. Did Jefferson Asphalt try to frame the woman to
17 make it look like she hit him?
18 A.  Not that I'm aware of.
19 Q.  Did Jefferson Asphalt conspire with the police
20 to create fake evidence to make it appear like it was
21 her fault?
22 A.  Don't even know if the police were there.
23 Q.  So is that no?
24 A.  That's no.