# EXHIBIT C

# Use of Force Continuums

*Continuum as a training tool*

- Provides structure for training.
- Creates "People pictures"
- Reinforces proper use of force/control



Walker 00161

Walker 00164



Subject Refuses to Move, use the Weight of his/her Body to Defeat the Control of Officer, or if the Subject is Pulling Away from the Officer.

- Officer may use pressure points
- Joint manipulations
- Officer may strike muscle groups
- Take downs