# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

**JULIE ANN HAMSTEAD,**

                    **Plaintiff,**

v.                                            **CIVIL ACTION NO.: 3-18-cv-79**
                                              **HONORABLE JOHN P. BAILEY**

**FORMER TROOPER D.R. WALKER, INDIVIDUALLY**

                    **Defendant.**

## EXPERT WITNESS DISCLOSURE

       Comes now, Plaintiff Julie Ann Hamstead, and pursuant to the Court's Scheduling Order, entered June 10, 2019, identifies the following expert witnesses:

       **Conor McCourt, McCourt Video Analysis and Investigations, Inc.,** 245 West 55st #1102, New York, NY 10019.  Please see Mr. McCourt's report attached hereto as Exhibit A.

       **Charles A. Feldbush, Sr.,** Private Investigator, Box 28, Ruby, VA 22545.  Please see Mr. Feldbush's report attached hereto as Exhibit B.

                                    Respectfully submitted,

                                    Julie Ann Hamstead,
                                  Plaintiff, by Counsel.

Braun A. Hamstead, Esquire
West Virginia State ID No. 1568
HAMSTEAD & ASSOCIATES, L.C.
507 S. Fairfax Blvd.
Charles Town, WV 25414
Phone:  304-725-1468
Fax:    304-725-1321
Email: bhamstead@hamsteadandassocitates.com
*Counsel for Plaintiff Julie A. Hamstead*

RECEIVED

DEC 0 9 2019

BY:_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG DIVISION

JULIE ANN HAMSTEAD,

          Plaintiff,

v.                              CIVIL ACTION NO.: 3-18-cv-79
                              HONORABLE JOHN PRESTON BAILEY

FORMER TROOPER D.R. WALKER, individually,

          Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the _2nd_ day of December, 2019, I have served a true copy of

the **Plaintiff's Expert Witness Disclosure** upon counsel of record via first class mail:

**Counsel for Trooper Walker:**

Mark G. Jeffries
Steptoe & Johnson PLLC
400 White Oaks Blvd.
Bridgeport, WV 26330
Telephone 304-933-8000
Fax 304-933-8183
mark.jeffries@steptoe-johnson.com

Monte L. Williams
Steptoe & Johnson PLLC
1085 Van Voorhis Rd, Suite 400
Morgantown, WV 26505
Telephone 304-598-8142
Fax 304-598-8116
monte.williams@steptoe-johnson.com

**Braun A. Hamstead, Esquire**
**West Virginia State Bar ID No. 1568**