IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

JULIE ANN HAMSTEAD,

    Plaintiff,

v.                                                   Civil Action No.: 3:18-CV-79
                                                  (Honorable John Preston Bailey)

FORMER TROOPER D.R. WALKER,

    Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2020, I served "***Defendant's Rule 26(a)(3) Disclosures***" by United States Mail, first class, postage prepaid, addressed as follows:

                Braun A. Hamstead, Esquire
                Hamstead & Associates
                507 S. Fairfax Boulevard
                Charlestown, WV 25414
                bhamstead@hamsteadandassociates.com

                *Counsel for Plaintiff*

                */s/ **Mark G. Jeffries***
                Montè L. Williams (WV Bar No. 9526)
                STEPTOE & JOHNSON PLLC
                P.O. Box 1616
                Morgantown, WV 26507-1616
                (304) 598-8000
                monte.williams@steptoe-johnson.com

                Mark G. Jeffries (WV Bar No. 11618)
                STEPTOE & JOHNSON PLLC
                400 White Oaks Boulevard
                Bridgeport, WV 26330-4500
                (304) 933-8000
                mark.jeffries@steptoe-johnson.com

                *Counsel for Trooper D. R. Walker*

11149456